UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
(212) 336-0589

November 14, 2014

**BY ECF**
The Honorable Denise Cote
United States District Court, SDNY
500 Pearl Street, Room 1610
New York, NY 10007

      Re:    <u>SEC v. Cope, et al., 14 CV 7575 (DLC)</u>

Your Honor:

      We write with respect to the hearing previously scheduled for December 4, 2014 in the above-captioned matter (the "December 4 Hearing"). As per this Court's previous orders (*see, e.g.*, Docket Entries 24 and 38) the issues to be determined at this hearing include whether the relief sought by the SEC in its initial application for a preliminary injunction and other relief should be granted as to defendants Peter Voutsas ("Voutsas") and Ron Loshin ("Loshin"). We write to request of the Court that, as these issues have either been resolved or are the subject of serious discussions between the parties, the December 4 Hearing be adjourned *sine die*.

      With respect to Loshin, he has agreed to consent to the applicable relief sought by the SEC, and a Consent Order to this effect has been submitted to the Court for its approval. Thus, any issues set for determination at the December 4 Hearing have been mooted as to Loshin.

      Counsel for Voutsas and the SEC are engaged in discussions to resolve all issues, including those set for determination at the December 4 Hearing, and the undersigned believes there is a significant likelihood that those discussions will be successful. In the interim, Voutsas and the SEC jointly request that the time for Voutsas to respond to the Complaint be extended to December 19, 2014, and that the December 4 Hearing be adjourned *sine die* so that the parties may more fully explore a consensual resolution. In the interim, Voutsas consents to the continuation of the relief ordered in this Court's September 18, 2014 Order to Show Cause (Docket Entry 5) until such time as the issues raised therein are determined by the Court or resolved by the consent of the parties. If those issues are not resolved by consent we will advise the Court so that a schedule can be set for their judicial resolution.

      We therefore, with the consent of counsel for Voutsas and Loshin, ask that the Court "SO ORDER" this application and

The Honorable Denise Cote
November 14, 2014
Page 2

- adjourn *sine die* the hearing currently scheduled for December 4, 2014, subject to the conditions set forth above; and
- agree to the schedule set forth above.

We are of course available at the Court's convenience if you wish to discuss this further.

Respectfully submitted,

Howard A. Fischer
Senior Trial Counsel

cc:   All parties