```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :
                    Plaintiff,           :      14cv7575 (DLC)
                                         :
         -v-                             :      ORDER
                                         :
JASON COPE, et al.,                      :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On June 15, 2015, the Securities and Exchange Commission ("SEC") filed its First Amended Complaint in this case. Accordingly, it is hereby

ORDERED that the SEC submit a status letter by **October 7, 2015.**

Dated:   New York, New York
         September 23, 2015

                                            _____
                                                    DENISE COTE
                                            United States District Judge