William Scholander/Janice Li  
70 Little West Street Apt. 7J  
New York, NY 10004

Phone: 1-917-923-1574  
Email: william@cambridgedukes.com

The Honorable Denise Cote

United States District Court, SDNY

500 Pearl Street Room 1610

New York, NY 10007

January 8, 2016

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 1/13/2016

Re: SEC v. Cope, et al., No. 14 Civ. 7575 (DLC)

Your Honor,

    I am writing this letter to you to ask the court to stay this case for the following reasons:

    I have a criminal matter in OH with virtually identical allegations as the case in NY.

I am defending the case in OH and denying all allegations.

    I have no resources and cannot afford an attorney in the criminal case in OH. I have been appointed a public defender.

    So far I have not been given any discovery at all.

    I don't have the skills, knowledge or ability to defend myself Per se and I am afraid that if the civil case is not stayed in NY it will be detrimental to me in the criminal case in OH because I do not understand what my rights are.

    Finally I am respectfully asking you to appoint me an attorney that could defend me in this case.

    I don't know what to do, I do not know how to defend myself in the SEC case and I am afraid that anything I do will hurt mr in the criminal case in OH.

Respectfully,

*William Scholander* (signature)

William Scholander

RECEIVED  
JAN 11 2016  
CHAMBERS OF  
DENISE COTE