RECEIVED
SDNY PRO SE OFFICE
AM 11: 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES EXCHANGE COMMISSION ,

Plaintiff,

vs.

VICTOR ALFAYA, et al

Defendant's

Civil action No. 14-7575

**Judge Denise Cote**

**JURY TRIAL DEMANDED**

# __Answer of Defendant Victor Alfaya__

Victor Alfaya, pro se, for his answer to the complaint for civil damages and other relief, states:

1. Defendant denies each and every allegation contained in the Amended Complaint except as expressly admitted or otherwise specifically responded below.

SUMMARY OF ALLEGATIONS IN COMPLAINT

|   |   |
|---|---|
| 1 – 6 | Denies. |

VIOLATIONS

|   |   |
|---|---|
| 7(a) and (b) | Denies. |
| 7(c), 7(d) and 7(e) | Denies. |
| 7(f), 7(g), 7(h) | Denies. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1|14|2016___

## NATURE OF PROCEEDINGS

| | |
|---|---|
| 8 | Denies for want of knowledge. |
| 9 | Denies for want of knowledge. |
| 10 | Denies for want of knowledge. |
| 11 | Denies for want of knowledge. |

## DEFENDANTS

| | |
|---|---|
| 12 - 21 | Denies for want of knowledge. |
| 22 | Admits that I am 37 and reside in Port Washington, New York. Admits that I was never a registered with the SEC. Admits that I worked for Small Cap Resources Corp. Admits that I worked for SCR for the years stated. |
| 23 - 32 | Denies for want of knowledge. |

## FACTS

**I.     The Fraudulent Issuers and Related Entities**

**A. The Fraudulent Issuers**

33 – 38                           DENIES FOR WANT OF KNOWLEDGE.

1

2

### B. RELATED ENTITIES

3

39 – 42           Denies for want of knowledge.

4

5

6

II.    A.    **Lenco Mobile Inc.**

7

8

1.    Background

9

10

44 - 46           Denies for want of knowledge.

11

12

13

2.    The Undisclosed Commission Scheme

14

15

47 - 49           Denies for want of knowledge.

16

17

18

3.    The Illegal Brokerage of Lenco Stock

19

20

50 – 54           Denies for want of knowledge.

21

22

23

B.    **Kensington Leasing LTD. and Wikifamiles, Inc.**

24

25

1.    Background

26

27

28

55 – 59           Denies for want of knowledge.

29

30

2. Goldstein and Engelbrecht's Illegally Matched Trades

31

32

60 – 62          Denies for want of knowledge.

    4. <u>De Maison Illegally Acted as an Unregistered Broker-Dealer.</u>

63 - 66          Denies for want of knowledge.

## C. Casablanca Mining Ltd.

    1. <u>Background</u>

67 – 70          Denies for want of knowledge.

    2. <u>Cope, Kuhn etc.</u>

71 – 75          Denies for want of knowledge.

    3. <u>De Maison Illegally Acted as an Unregistered Broker - Dealer</u>

76 – 77          Denies for want of knowledge.

    3. <u>Cope Matched Trades with SCR Customers etc.</u>

78 – 82          Denies for want of knowledge.

## D. Lustros, Inc.

1. Background

83 – 84              Denies for want of knowledge.

2. Engelbrecht Paid Kuhn etc.

85 – 87              Denies for want of knowledge.

88                   Admit that I was paid some amount of monies
                     In 2012, but deny that the amounts stated are
                     Correct and/ or that all such monies represented
                     Commissions and that any commissions paid were
                     undisclosed. Deny all other allegations for want
                     of knowledge.

4. Kuhn Consistently Sold His Own Lustros Stock etc.

89 – 95              Denies for want of knowledge.

E. Gepco, Inc.

1. Background

96 – 100             Denies for want of knowledge.

2. Engelbrecht and Malone etc.

1

2

3

| | |
|---|---|
| 101 – 115 | Denies for want of knowledge. |

### 3. Engelbrecht, Kuhn etc.

| | |
|---|---|
| 116 – 121 | Denies for want of knowledge. |

### 4. Engelbrecht and De Maison

| | |
|---|---|
| 122 – 129 | Denies for want of knowledge. |

### 5. Engelbrecht and Voutsas etc.

| | |
|---|---|
| 130 – 134 | Denies for want of knowledge. |

### 6. Engelbrecht Caused etc.

| | |
|---|---|
| 135 – 138 | Denies for want of knowledge. |

## 1. AFFIRMATIVE DEFENSE

Defendant's right to defend himself under federal law in the present case is greatly infringed upon due to the pending criminal case in Cleveland Ohio in which Defendant has a constitutional right to remain silent.

1

2

3

4

5

6

7

8

9

10

11

12

13    Dated this 13 Day of January, 2016

14

15

16    Defendant Pro Se
      Victor Alfaya
17    32 Linwood Rd south
18    Port Washington NY 11050
      Valfaya@aol.com
19

20

21

22

23

24

25

26

27

28

29

30

31

32

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2016, a copy of the Answer of Defendant Victor Alfaya to the amended complaint was delivered via regular U.S. mail and email to the following:

    1. Howard Fischer
       Senior Trial Counsel
       Securities & Exchange Commission
       Brookfield Place, 200 Vesey Street
       Room 17-216
       New York, NY 10281.
       Tel: (212) 336-0589
       Cell: (917) 226-1943
       Fax: (703) 813-9490
       FischerH@SEC.gov

Extremely Urgent

This envelope is for use with the following services:

UPS Next Day Air
UPS Worldwide Express®
UPS 2nd Day Air®

Visit theupsstore.com or call 1-800-PICK-UPS® (1-800-742-5877) to find a location near you.

**Domestic Shipments**

· To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

· The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

· To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

0.3 LBS      LTR 1 OF on this side.
SHP WT: LTR
DATE: 13 JAN 2016

VICTOR ALFAYA
(516) 633-3943
THE UPS STORE #3217
565 PLANDOME RD
MANHASSET NY 11030-1945

SHIP SOUTHERN DISTRICT OF NY
TO: US DISTRICT COURT
PRO SE OFFICE
500 PEARL ST

NEW YORK NY 10007-1316

NY 102 9-10

UPS NEXT DAY AIR 1

TRACKING #: 12 296 W8R 01 4873 6303

P/P

ISH 13.00N E2844  69.5V  10/2015

01880250709  12/11  PAC  United Parcel Service, Louisville, KY

Mail Boxes Etc., Inc. is a UPS® company. The UPS Store® locations are independently owned and operated by franchisees of Mail Boxes Etc., Inc. in the USA and by its master licensee and its franchisees in Canada. Services, pricing and hours of operation may vary by location. Copyright © 2011 Mail Boxes Etc., Inc. **410260000509**
International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

100% Recycled fiber
80% Post-Consumer