UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

JASON COPE, IZAK ZIRK DE MAISON (F/K/A IZAK ZIRK ENGELBRECHT), GREGORY GOLDSTEIN, STEPHEN WILSHINSKY, TALMAN HARRIS, WILLIAM SCHOLANDER, JACK TAGLIAFERRO, VICTOR ALFAYA, JUSTIN ESPOSITO, KONA JONES BARBERA, LOUIS MASTROMATTEO, ANGELIQUE DE MAISON, TRISH MALONE, KIERAN T. KUHN, PETER VOUTSAS, RONALD LOSHIN, GEPCO, LTD., SUNATCO LTD., SUPRAFIN LTD., WORLDBRIDGE PARTNERS, TRAVERSE INTERNATIONAL, and SMALL CAP RESOURCE CORP.,

                Defendants,

And

ANGELIQUE DE MAISON,

                Relief Defendant.

14 Civ. 7575 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/20/2016

## NOTICE OF DISMISSAL OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S CLAIMS AGAINST DEFENDANT GEPCO, LTD.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Securities and Exchange Commission hereby dismisses all claims alleged against defendant Gepco, Ltd. in this action, with prejudice, and without costs or fees to any party.

New York, New York
January 20, 2016

By: _____

Howard A. Fischer

SECURITIES AND EXCHANGE COMMISSION
Senior Trial Counsel
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281-1022
(212) 336-0589 (Fischer)
Email: FischerH@SEC.gov


**SO ORDERED.**

Dated: January 20, 2016
       New York, New York

_____
UNITED STATES DISTRICT JUDGE