# EXHIBIT A



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

December 31, 2014
Invoice No. 6273967

### DECEMBER INVOICE FOR
### STATEMENT OF
### SERVICES AND DISBURSEMENTS

Matter No.:    0103027-000001
Securities & Exchange Commission v. Cope, et al.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 11/25/14 | C. Tewell | 1.20 | Review documents produced by Mr. de Maison and Bridges in response to grand jury subpoena; confer with J. Coopersmith regarding █████████ |
| 11/25/14 | J. Coopersmith | 0.30 | Telephone conference with SEC attorneys; telephone conference with Ms. de Maison |
| 11/26/14 | C. Tewell | 1.80 | Review communications between J. Coopersmith, SEC, DOJ, Ms. de Maison, and attorneys for Mr. de Maison to understand case; prepare cover letter to SEC requesting copies of documents from their investigation |
| 11/26/14 | J. Coopersmith | 0.50 | Telephone conference with Mr. Lillie; emails with Ms. de Maison |
| | Total Hours Worked | 3.80 | |

### DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Outside delivery service - - FED EX ERS - 11/26/14 Delivery to Howard Fischer Securities & Exchange Commissi | 1 | $17.05 |
| Total Current Disbursements | | $17.05 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,494.00 |
| Total Current Disbursements | 17.05 |
| Total Current Invoice | $1,511.05 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Coopersmith, J. | 0.80 | 555.00 | 444.00 |
| Total | 0.80 | | 444.00 |
| **Associate** | | | |
| Tewell, C. | 3.00 | 350.00 | 1,050.00 |
| Total | 3.00 | | 1,050.00 |
| Total All Classes | 3.80 | | $1,494.00 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Current Invoice | $1,511.05 |
| Total Balance Due This Matter | $1,511.05 |

Jeff Coopersmith



# Davis Wright Tremaine LLP
# Seattle, Washington
# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH. The following information is provided for both transaction types. Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

|  |  |
|---|---|
| ***Bank Information:*** | ***Account Information:*** |
| Bank of America | Davis Wright Tremaine LLP |
| Westlake Park Branch | 1201 Third Ave., Suite 2200 |
| 408 Pike Street | Seattle, WA 98101-3034 |
| Seattle, WA 98101-3034 | Tax ID: 91-0839480 |
| ***ACH Payment Information:*** | ***Bank Wire Information:*** |
| (automated clearing house) |  |
| ABA Routing Number: 125000024 | ABA Routing number: 026009593 |
| Account Number: 1221415 | Account Number: 1221415 |
| Intl Swift Code: BOFAUS3N | Intl Swift Code: BOFAUS3N |
| (Swift Code is for Intl ACH payments only) | (Swift Code is for Intl Wires Only) |

### Payment Notification:

Please email: achpaymentnotification@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

### DWT Contact Numbers:

Krystal Roach at: 206 757-8622 or
Judy Mosset at: 206 757-8570

**Note:** The sending Bank must process the Wire before **2:00 p.m. their time,** for notification to be received the same day.



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage   New York   Seattle
Bellevue    Portland   Shanghai
Los Angeles San Francisco Washington D.C.

Matter ID:   0103027-000001                    December 31, 2014
                                               Invoice No. 6273967

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

STATEMENT OF ACCOUNT
as of November 30, 2014

Current Invoice - 6273967                      $1,511.05

Total Balance Due This Matter                  $1,511.05

PLEASE REMIT WITH PAYMENT



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington D.C.

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

January 22, 2015
Invoice No. 6277399

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:     0103027-000001
Securities & Exchange Commission v. Cope, et al.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 12/01/14 | J. Coopersmith | 0.30 | Telephone conference with Ms. de Maison; email to AUSA regarding no arrest warrants |
| 12/04/14 | C. Tewell | 0.10 | Listen to voicemail from Ms. de Maison and check access to relevant email account |
| 12/04/14 | J. Coopersmith | 0.40 | Telephone conference with Ms. de Maison regarding strategy |
| 12/07/14 | J. Coopersmith | 0.10 | Emails with Ms. de Maison regarding ███████ ███████ |
| 12/08/14 | J. Coopersmith | 0.30 | Work on Oxnard property issues |
| 12/09/14 | J. Coopersmith | 0.50 | Telephone conference with SEC attorney Enright; email to Mr. Georgalis; telephone conference with Mr. Lillie and Ms. Holderman regarding Zirk proffer |
| 12/10/14 | K. Rankin | 0.50 | Determine necessary scope of ███████████████ |
| 12/11/14 | J. Coopersmith | 0.20 | Review and revise ████████████ and send to Mr. Lillie |
| 12/17/14 | J. Coopersmith | 1.00 | Telephone conferences with Ms. de Maison |
| 12/18/14 | M. Bartlett | 0.30 | Confer with J. Coopersmith regarding multiple issues related to ongoing government investigation |
| 12/18/14 | J. Coopersmith | 0.30 | Review letter and emails from Mr. Lillie and respond |
| 12/19/14 | C. Tewell | 1.60 | Review emails and other documents from Mr. Edmonds |
| 12/19/14 | J. Coopersmith | 0.50 | Emails with Ms. de Maison regarding strategy issues |
| 12/22/14 | L. Rose | 0.70 | Legal research regarding █████████████████████ ███████████████ attorney conference with J. Coopersmith regarding same |
| 12/22/14 | C. Tewell | 1.70 | Review emails and other documents from Mr. Edmonds |
| 12/22/14 | J. Coopersmith | 0.50 | Telephone conference with Ms. de Maison; review Pena cross-complaint; emails with AUSA Georgalis |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**


| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 12/23/14 | J. Coopersmith | 1.30 | Review Gepco v. Pena matter ███████ emails with Mr. Eade regarding same; emails with Ms. de Maison; telephone conference with SEC attorneys regarding property sales and status |
| 12/24/14 | J. Coopersmith | 2.10 | Draft letter to Judge Cote regarding sale of properties |
| 12/30/14 | J. Coopersmith | 1.20 | Revise letter to court regarding properties; emails with DOJ regarding interview |
| 12/30/14 | S. Schneier | 0.20 | Telephone conference with J. Coopersmith |
| 12/31/14 | J. Coopersmith | 1.40 | Emails with SEC regarding documents; emails with AUSA Georgalis; look into ███████ and email Ms. de Maison; send draft letter concerning Redlands and Los Angeles properties to SEC |
| 12/31/14 | S. Schneier | 0.70 | Review Judge Cote's Individual Rules of Procedure; review draft letter and order; telephone conference and e-mail with J. Coopersmith regarding comments/strategy |
| | Total Hours Worked | 15.90 | |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $7,926.00 |
| Total Current Disbursements | 0.00 |
| Total Services and Disbursements | $7,926.00 |
| Less Trust Retainer Applied | (7,926.00) |
| Total Current Invoice | $0.00 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|-------------|-------------|-----------------|-------------|
| **Partner** | | | |
| Bartlett, M. | 0.30 | 550.00 | 165.00 |
| Coopersmith, J. | 10.10 | 555.00 | 5,605.50 |
| Schneier, S. | 0.90 | 555.00 | 499.50 |
| Total | 11.30 | | 6,270.00 |
| **Associate** | | | |
| Rankin, K. | 0.50 | 365.00 | 182.50 |
| Rose, L. | 0.70 | 405.00 | 283.50 |
| Tewell, C. | 3.40 | 350.00 | 1,190.00 |
| Total | 4.60 | | 1,656.00 |



|                    |       |            |
|--------------------|-------|------------|
| Total All Classes  | 15.90 | $7,926.00  |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $1,511.05 |
| Less Payments Received as of 01/07/15 - DWT SEA TRUST - CHECK #8652 | ($1,511.05) |
| Total Services and Disbursements - Current Invoice | $0.00 |
| Total Balance Due This Matter | $0.00 |

Jeff Coopersmith



# Davis Wright Tremaine LLP
# Seattle, Washington
# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH.  The following information is provided for both transaction types. Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

| *Bank Information:* | *Account Information:* |
|---|---|
| Bank of America | Davis Wright Tremaine LLP |
| Westlake Park Branch | 1201 Third Ave., Suite 2200 |
| 408 Pike Street | Seattle, WA 98101-3034 |
| Seattle, WA 98101-3034 | Tax ID: 91-0839480 |

| *ACH Payment Information:* | *Bank Wire Information:* |
|---|---|
| (automated clearing house) | |
| ABA Routing Number: 125000024 | ABA Routing number: 026009593 |
| Account Number: 1221415 | Account Number: 1221415 |
| Intl Swift Code: BOFAUS3N | Intl Swift Code: BOFAUS3N |
| (Swift Code is for Intl ACH payments only) | (Swift Code is for Intl Wires Only) |

**Payment Notification:**

Please email: achpaymentnotification@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

**DWT Contact Numbers:**

Krystal Roach at: 206 757-8622 or
Judy Mosset at: 206 757-8570

**Note:**  The sending Bank must process the Wire before **2:00 p.m. their time,** for notification to be received the same day.



Anchorage        New York        Seattle
Bellevue         Portland        Shanghai
Los Angeles      San Francisco   Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID:    0103027-000001

January 22, 2015
Invoice No. 6277399

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

## STATEMENT OF ACCOUNT
### as of December 31, 2014

Current Invoice - 6277399                    $0.00

Total Balance Due This Matter                $0.00

## PLEASE REMIT WITH PAYMENT



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage     New York     Seattle
Bellevue     Portland     Shanghai
Los Angeles     San Francisco     Washington D.C.

Angelique de Maison            February 28, 2015
58 Avenue de Wagram          Invoice No. 6286245
75017 Paris, France

<div align="center">

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
</div>

Matter No.:      0103027-000001
Securities & Exchange Commission v. Cope, et al.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 01/02/15 | J. Coopersmith | 1.00 | Telephone conference with Ms. de Maison regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ emails with AUSA Georgalis regarding meeting |
| 01/05/15 | C. Tewell | 0.20 | Confer with S. Childs and C. Moore regarding analysis of SEC hard drive |
| 01/05/15 | J. Coopersmith | 0.30 | Review SEC documents; finalize and send draft letter regarding properties to SEC |
| 01/06/15 | C. Tewell | 0.80 | Review ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review documents from SEC and DOJ |
| 01/06/15 | J. Coopersmith | 0.50 | Telephone conference with Ms. de Maison regarding preparation; review proffer letter; review documents provided by SEC |
| 01/06/15 | S. Schneier | 0.50 | Attention to sending letter to Judge Cote and email to SEC counsel |
| 01/07/15 | C. Tewell | 4.00 | Analyze hard drive provided by SEC; analyze documents from SEC and DOJ in preparation for meeting with Ms. de Maison |
| 01/07/15 | J. Coopersmith | 0.50 | Telephone conference with Ms. de Maison; review SEC proffer letter; prepare for government meeting |
| 01/08/15 | C. Tewell | 5.70 | Analyze documents from SEC and DOJ in preparation for meeting with Ms. de Maison |
| 01/08/15 | J. Coopersmith | 1.10 | Prepare for meeting with government |
| 01/09/15 | C. Tewell | 2.00 | Confer with J. Coopersmith regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ telephone conference with Ms. de Maison about SEC and USAO documents and preparing for proffer session |
| 01/09/15 | J. Coopersmith | 3.60 | Prepare for government interview |

<div align="center">

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**
</div>



| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 01/11/15 | C. Tewell | 0.90 | ██████████ discussion with Ms. de Maison; analyze ██████ |
| 01/12/15 | C. Tewell | 11.80 | Meet with Ms. de Maison and J. Coopersmith to prepare Ms. de Maison for proffer session with USAO and SEC |
| 01/12/15 | J. Coopersmith | 9.50 | Meet with Ms. de Maison for interview preparation |
| 01/13/15 | L. Rose | 0.80 | Legal research regarding ██████ correspondence to J. Coopersmith regarding same (.2) (Pena v. Gepco) |
| 01/13/15 | C. Tewell | 3.60 | Dictate notes from meeting with Ms. de Maison about ██████ prepare memorandum form for dictation; instruct word processing regarding dictation; review notes from meeting with Ms. de Maison; instruct C. Moore regarding scanning and saving same; instruct E. Dacuag regarding scanning and saving letters from Mr. de Maison; prepare emails to J. Coopersmith regarding notes and document review; analyze letters ████████ and prepare summary for J. Coopersmith |
| 01/13/15 | J. Coopersmith | 2.60 | Prepare for interview with Ms. de Maison; ████ review SEC filings; review order from Judge Cote and contact S. Schneier regarding same |
| 01/13/15 | S. Schneier | 0.40 | Call with Judge Cote's law clerk; email with J. Coopersmith; calls to SEC lawyers |
| 01/14/15 | J. Coopersmith | 6.10 | Prepare for and attend Ms. de Maison's interview with DOJ, SEC and FBI; telephone conference with S. Schneier regarding obtaining order for property sale |
| 01/14/15 | S. Schneier | 0.20 | Telephone conference with J. Coopersmith regarding stragegy |
| 01/15/15 | C. Tewell | 1.90 | Prepare Stipulation and Order; email with J. Coopersmith and S. Schneier regarding same |
| 01/15/15 | J. Coopersmith | 1.10 | Telephone conference with SEC regarding properties; telephone conference with Ms. de Maison regarding same; review and revise draft stipulation and order |
| 01/15/15 | S. Schneier | 0.70 | Telephone conference with J. Coopersmith; review Stipulation and Proposed Order |
| 01/16/15 | J. Coopersmith | 0.30 | Telephone conference with Mr. Fischer regarding stipulation and order regarding Oxnard Street; finalize same |
| 01/16/15 | S. Schneier | 0.10 | Email to J. Coopersmith regarding Stipulation |
| 01/20/15 | C. Tewell | 0.20 | Email with SEC regarding filing Stipulation and Order in SEC v. Cope; email and speak with Ms. de Maison regarding same |
| 01/21/15 | C. Tewell | 0.60 | Telephone call with Ms. de Maison regarding Stipulation and Order with SEC; confer with J. Coopersmith regarding same; prepare email to SEC regarding same and analyze response; prepare email to Ms. de Maison regarding SEC's response |
| 01/21/15 | J. Coopersmith | 0.20 | Review stipulation and email to SEC regarding same |



| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 01/26/15 | C. Tewell | 0.40 | Analyze materials from SEC and DOJ and compile list of ▮▮▮▮▮ |
| 01/27/15 | C. Tewell | 4.80 | Analyze materials from SEC and DOJ and compile list of ▮▮▮▮▮ prepare email to Ms. de Maison regarding same |
| 01/28/15 | C. Tewell | 0.40 | Receive voicemail from Ms. de Maison and respond by email; telephone conference with Ms. de Maison regarding ▮▮▮▮▮ |
| 01/28/15 | J. Coopersmith | 0.20 | Confer with Ms. de Maison |
| 01/30/15 | C. Tewell | 0.20 | Analyze email from Ms. de Maison regarding follow up after DOJ/SEC proffer |
|  | Total Hours Worked | 67.20 |  |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy charge | 213 | $31.95 |
| Law library services - - COURTTRAX CORPORATION CourtTrax, 12/14 (SEA) | 1 | $20.81 |
| Meal Expense -- Evelyn Dacuag 01/12/2015 Jeff Coopersmith, Candice Tewell, Angelique de Maison | 1 | $31.11 |
| Outside delivery service - - CHAMPION COURIER INC. - US District Court on 01/06/15, per P. DeCandia | 1 | $8.25 |
| Total Current Disbursements |  | $92.12 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $31,125.00 |
| Total Current Disbursements | 92.12 |
| Total Services and Disbursements | $31,217.12 |
| Less Trust Retainer Applied | (10,502.95) |
| Total Current Invoice | $20,714.17 |



## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Coopersmith, J. | 27.00 | 580.00 | 15,660.00 |
| Schneier, S. | 1.90 | 555.00 | 1,054.50 |
| Total | 28.90 | | 16,714.50 |
| **Associate** | | | |
| Rose, L. | 0.80 | 435.00 | 348.00 |
| Tewell, C. | 37.50 | 375.00 | 14,062.50 |
| Total | 38.30 | | 14,410.50 |
| Total All Classes | 67.20 | | $31,125.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $7,926.00 |
| Less Payments Received as of 01/28/15 - DWT SEA TRUST - CHECK #13614 | ($7,926.00) |
| Total Services and Disbursements - Current Invoice | $20,714.17 |
| Total Balance Due This Matter | $20,714.17 |

Jeff Coopersmith



# Davis Wright Tremaine LLP
# Seattle, Washington
# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH. The following information is provided for both transaction types. Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

| *Bank Information:* | *Account Information:* |
|---|---|
| Bank of America | Davis Wright Tremaine LLP |
| Westlake Park Branch | 1201 Third Ave., Suite 2200 |
| 408 Pike Street | Seattle, WA 98101-3034 |
| Seattle, WA 98101-3034 | Tax ID: 91-0839480 |

| *ACH Payment Information:* | *Bank Wire Information:* |
|---|---|
| (automated clearing house) | |
| ABA Routing Number: 125000024 | ABA Routing number: 026009593 |
| Account Number: 1221415 | Account Number: 1221415 |
| Intl Swift Code: BOFAUS3N | Intl Swift Code: BOFAUS3N |
| (Swift Code is for Intl ACH payments only) | (Swift Code is for Intl Wires Only) |

**Payment Notification:**

Please email: achpaymentnotification@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

**DWT Contact Numbers:**

Krystal Roach at: 206 757-8622 or
Judy Mosset at: 206 757-8570

**Note:**   The sending Bank must process the Wire before **2:00 p.m. their time,** for notification to be received the same day.



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage     New York     Seattle
Bellevue     Portland     Shanghai
Los Angeles     San Francisco     Washington D.C.

Matter ID:     0103027-000001

February 28, 2015
Invoice No. 6286245

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

STATEMENT OF ACCOUNT
as of January 31, 2015

Current Invoice - 6286245        $20,714.17

Total Balance Due This Matter        $20,714.17

PLEASE REMIT WITH PAYMENT



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage      New York       Seattle
Bellevue       Portland       Shanghai
Los Angeles    San Francisco  Washington D.C.

Angelique de Maison                                 March 31, 2015
58 Avenue de Wagram                          Invoice No. 6292445
75017 Paris, France

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:      0103027-000001
Securities & Exchange Commission v. Cope, et al.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|-------------------------|
| 02/02/15 | C. Tewell | 3.40 | Telephone conference with J. Coopersmith regarding information needed from Ms. de Maison (0.1); email with Ms. de Maison regarding same (0.1); analyze information obtained from Ms. de Maison (0.6); prepare list of relevant emails to discuss with Ms. de Maison (0.4); telephone conference with Ms. de Maison to discuss emails (1.9); instruct C. Moore regarding scanning emails missing from Ms. de Maison's book (0.2); prepare email to Ms. de Maison regarding missing emails (0.1) |
| 02/03/15 | C. Tewell | 1.00 | Analyze and respond to emails from Ms. de Maison regarding ▮▮▮▮▮▮▮▮ (0.3); telephone conference with Ms. de Maison regarding emails, her proffer session, and information requested by SEC/DOJ (0.5); telephone conference with J. Coopersmith regarding same (0.2) |
| 02/04/15 | J. Coopersmith | 0.20 | Telephone conference with Ms. de Maison regarding information for potential submission to DOJ/SEC |
| 02/05/15 | C. Tewell | 1.60 | Prepare list, with descriptions, of emails Ms. de Maison did not send (1.4); email J. Coopersmith regarding same (0.1); confer with J. Coopersmith regarding same (0.1) |
| 02/20/15 | J. Coopersmith | 0.10 | Confer with Ms. de Maison regarding DOJ status |
|  | Total Hours Worked | 6.30 |  |

**DISBURSEMENT DETAIL**

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Long Distance -- Jeff Coopersmith 01/13/2015 | 1 | $12.95 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING


| **DESCRIPTION** | **QUANTITY** | **AMOUNT** |
|---|---|---|
| Miscellaneous Expense -- Jeff Coopersmith 01/13/2015 American Airlines Baggage fee | 1 | $25.00 |
| Miscellaneous Expense -- Jeff Coopersmith 01/14/2015 American Airlines Seat change fee | 1 | $30.00 |
| Meal Expense -- Jeff Coopersmith 01/13/2015 | 1 | $34.54 |
| Meal Expense -- Jeff Coopersmith 01/14/2015 | 1 | $21.58 |
| Meal Expense -- Jeff Coopersmith 01/14/2015 | 1 | $6.49 |
| Taxi / Car Service -- Jeff Coopersmith 01/13/2015 Downtown | 1 | $40.00 |
| Taxi / Car Service -- Jeff Coopersmith 01/13/2015 Sea-Tac | 1 | $71.00 |
| Room Rate -- Jeff Coopersmith 01/13/2015 Cleveland | 1 | $199.00 |
| Room Tax -- Jeff Coopersmith 01/13/2015 Cleveland | 1 | $32.84 |
| Internet Expense -- Jeff Coopersmith 01/13/2015 | 1 | $4.00 |
| Taxi / Car Service -- Jeff Coopersmith 01/14/2015 Courthouse | 1 | $5.00 |
| Taxi / Car Service -- Jeff Coopersmith 01/14/2015 Airport | 1 | $20.00 |
| Taxi / Car Service -- Jeff Coopersmith 01/14/2015 Home | 1 | $54.70 |
| AMERICAN - 01/14/15 CLE-ORD-SEA J. Coopersmith (Record Locator No.: TVFNAA) | 1 | $453.60 |
| Total Current Disbursements | | $1,010.70 |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $2,424.00 |
| Total Current Disbursements | 1,010.70 |
| Total Current Invoice | $3,434.70 |

### SUMMARY BY PROFESSIONAL

| **Professional** | **Hours Worked** | **Billed Per Hours** | **Bill Amount** |
|---|---|---|---|
| **Partner** | | | |
| Coopersmith, J. | 0.30 | 580.00 | 174.00 |
| Total | 0.30 | | 174.00 |
| **Associate** | | | |
| Tewell, C. | 6.00 | 375.00 | 2,250.00 |
| Total | 6.00 | | 2,250.00 |
| Total All Classes | 6.30 | | $2,424.00 |



### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $31,217.12 |
| Less Payments Received as of 03/20/15 - DWT SEA TRUST - CHECK #13618 | ($10,502.95) |
| Current Invoice | $3,434.70 |
| Total Balance Due This Matter | $24,148.87 |

Jeff Coopersmith



# Davis Wright Tremaine LLP
# Seattle, Washington
# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH.  The following information is provided for both transaction types. Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

| *Bank Information:* | *Account Information:* |
|:---:|:---:|
| Bank of America | Davis Wright Tremaine LLP |
| Westlake Park Branch | 1201 Third Ave., Suite 2200 |
| 408 Pike Street | Seattle, WA 98101-3034 |
| Seattle, WA 98101-3034 | Tax ID: 91-0839480 |

| *ACH Payment Information:* | *Bank Wire Information:* |
|:---:|:---:|
| (automated clearing house) | |
| ABA Routing Number: 125000024 | ABA Routing number: 026009593 |
| Account Number: 1221415 | Account Number: 1221415 |
| Intl Swift Code: BOFAUS3N | Intl Swift Code: BOFAUS3N |
| (Swift Code is for Intl ACH payments only) | (Swift Code is for Intl Wires Only) |

### Payment Notification:

Please email: achpaymentnotification@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

### DWT Contact Numbers:

Krystal Roach at: 206 757-8622 or
Judy Mosset at: 206 757-8570

**Note:**   The sending Bank must process the Wire before **2:00 p.m. their time,** for notification to be received the same day.



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage     New York     Seattle
Bellevue     Portland     Shanghai
Los Angeles     San Francisco     Washington D.C.

Matter ID:     0103027-000001               March 31, 2015
Invoice No. 6292445

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

STATEMENT OF ACCOUNT
as of February 28, 2015

Current Invoice - 6292445               $3,434.70

Total Balance Due This Matter           $24,148.87

PLEASE REMIT WITH PAYMENT



**Davis Wright Tremaine LLP**

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

April 23, 2015
Invoice No. 6297279

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:     0103027-000001
Securities & Exchange Commission v. Cope, et al.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 03/09/15 | C. Tewell | 0.20 | Email with J. Coopersmith and DWT library regarding ▮▮▮▮▮ |
| 03/13/15 | C. Tewell | 0.20 | Review docket from Gepco v. Pena and prepare email to J. Coopersmith regarding recent filings |
| 03/18/15 | J. Coopersmith | 0.20 | Telephone conference with SEC regarding rumors of cash rent collection |
| | Total Hours Worked | 0.60 | |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $266.00 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $266.00 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Coopersmith, J. | 0.20 | 580.00 | 116.00 |
| Total | 0.20 | | 116.00 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



**Associate**

|  |  |  |  |
|---|---|---|---|
| Tewell, C. | 0.40 | 375.00 | 150.00 |
| Total | 0.40 |  | 150.00 |
| Total All Classes | 0.60 |  | $266.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $24,148.87 |
| Current Invoice | $266.00 |
| Total Balance Due This Matter | $24,414.87 |

Jeff Coopersmith



# Davis Wright Tremaine LLP
# Seattle, Washington
# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH. The following information is provided for both transaction types. Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

| *Bank Information:* | *Account Information:* |
|:---:|:---:|
| Bank of America | Davis Wright Tremaine LLP |
| Westlake Park Branch | 1201 Third Ave., Suite 2200 |
| 408 Pike Street | Seattle, WA 98101-3034 |
| Seattle, WA 98101-3034 | Tax ID: 91-0839480 |

| *ACH Payment Information:* | *Bank Wire Information:* |
|:---:|:---:|
| (automated clearing house) | |
| ABA Routing Number: 125000024 | ABA Routing number: 026009593 |
| Account Number: 1221415 | Account Number: 1221415 |
| Intl Swift Code: BOFAUS3N | Intl Swift Code: BOFAUS3N |
| (Swift Code is for Intl ACH payments only) | (Swift Code is for Intl Wires Only) |

## Payment Notification:

Please email: achpaymentnotification@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

## DWT Contact Numbers:

Krystal Roach at: 206 757-8622 or
Judy Mosset at: 206 757-8570

**Note:** The sending Bank must process the Wire before **2:00 p.m. their time,** for notification to be received the same day.



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage     New York     Seattle
Bellevue     Portland     Shanghai
Los Angeles     San Francisco     Washington D.C.

Matter ID:     0103027-000001

April 23, 2015
Invoice No. 6297279

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

STATEMENT OF ACCOUNT
as of March 31, 2015

Current Invoice - 6297279            $266.00

Total Balance Due This Matter          $24,414.87

PLEASE REMIT WITH PAYMENT



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

May 21, 2015
Invoice No. 6303913

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:     0103027-000001
Securities & Exchange Commission v. Cope, et al.

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 04/14/15 | J. Coopersmith | 0.50 | Confer with Ms. de Maison regarding ███████ |
| 04/15/15 | C. Tewell | 0.90 | Research ███████████████ |
| 04/15/15 | J. Coopersmith | 1.10 | Telephone conference with AUSA Georgalis regarding criminal investigation; review docket items; telephone conference with Ms. de Maison regarding USAO decision not to prosecute |
| 04/16/15 | C. Tewell | 2.30 | Research █████████████ confer with J. Coopersmith regarding same; review SEC docket; prepare email to J. Coopersmith regarding same |
| 04/20/15 | J. Coopersmith | 0.30 | Telephone conference with SEC counsel regarding potential settlement |
| 04/26/15 | J. Coopersmith | 0.10 | Emails with Ms. de Maison regarding SEC case status |
| 04/27/15 | J. Coopersmith | 0.20 | Telephone conference with Ms. de Maison regarding ███████████████ |
|  | Total Hours Worked | 5.40 |  |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**


**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $2,476.00 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $2,476.00 |

**SUMMARY BY PROFESSIONAL**

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Coopersmith, J. | 2.20 | 580.00 | 1,276.00 |
| Total | 2.20 | | 1,276.00 |
| **Associate** | | | |
| Tewell, C. | 3.20 | 375.00 | 1,200.00 |
| Total | 3.20 | | 1,200.00 |
| Total All Classes | 5.40 | | $2,476.00 |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Balance from Previous Statement | $24,414.87 |
| Current Invoice | $2,476.00 |
| Total Balance Due This Matter | $26,890.87 |

Jeff Coopersmith


# Davis Wright Tremaine LLP
## Seattle, Washington
## Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH. The following information is provided for both transaction types. Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

| *Bank Information:* | *Account Information:* |
|---|---|
| Bank of America | Davis Wright Tremaine LLP |
| Westlake Park Branch | 1201 Third Ave., Suite 2200 |
| 408 Pike Street | Seattle, WA 98101-3034 |
| Seattle, WA 98101-3034 | Tax ID: 91-0839480 |

| *ACH Payment Information:* | *Bank Wire Information:* |
|---|---|
| (automated clearing house) | |
| ABA Routing Number: 125000024 | ABA Routing number: 026009593 |
| Account Number: 1221415 | Account Number: 1221415 |
| Intl Swift Code: BOFAUS3N | Intl Swift Code: BOFAUS3N |
| (Swift Code is for Intl ACH payments only) | (Swift Code is for Intl Wires Only) |

### Payment Notification:

Please email: achpaymentnotification@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

### DWT Contact Numbers:

Krystal Roach at: 206 757-8622 or
Judy Mosset at: 206 757-8570

**Note:** The sending Bank must process the Wire before **2:00 p.m. their time,** for notification to be received the same day.



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage    New York    Seattle
Bellevue      Portland     Shanghai
Los Angeles   San Francisco   Washington D.C.

Matter ID:     0103027-000001          May 21, 2015
                                               Invoice No. 6303913

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

<div align="center">

STATEMENT OF ACCOUNT
as of April 30, 2015

</div>

Current Invoice - 6303913               $2,476.00

Total Balance Due This Matter        $26,890.87

<div align="center">

PLEASE REMIT WITH PAYMENT

</div>



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage
Bellevue
Los Angeles

New York
Portland
San Francisco

Seattle
Shanghai
Washington D.C.

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

June 24, 2015
Invoice No. 6311569

JUNE INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:     0103027-000001
Securities & Exchange Commission v. Cope, et al.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 05/01/15 | C. Tewell | 1.50 | Research ███████████ request additional research from library research team; review materials from library research regarding███ email with J. Coopersmith regarding same; prepare email to Ms. de Maison regarding same |
| 05/01/15 | C. Johnson | 1.10 | Research background information on ███████████ for C. Tewell |
| 05/01/15 | J. Coopersmith | 0.20 | Confer with C. Tewell regarding ███████████ ███████████ review mortgage foreclosure notice |
| 05/04/15 | C. Tewell | 0.10 | Analyze J. Coopersmith's emails to Ms. de Maison and SEC regarding real estate |
| 05/04/15 | J. Coopersmith | 1.00 | Telephone conference with Ms. de Maison regarding ███████████ draft letter regarding DOJ investigation |
| 05/06/15 | J. Coopersmith | 0.20 | Confer with Ms. de Maison; emails to SEC |
| 05/07/15 | C. Tewell | 0.10 | Analyze emails between Ms. de Maison and J. Coopersmith regarding█████ |
| 05/18/15 | C. Tewell | 0.30 | Telephone conference with Mr. Fischer at SEC regarding foreclosure of properties; confer with J. Coopersmith regarding same |
| 05/18/15 | J. Coopersmith | 0.60 | Telephone conferences with Ms. de Maison and SEC regarding imminent foreclosure on 565 Walnut |
| 05/19/15 | C. Tewell | 0.40 | Analyze emails from J. Coopersmith regarding potential bankruptcy filing; telephone conference with Ms. de Maison regarding same and call to investor to delay foreclosure; analyze J. Coopersmith's email to Mr. Fischer regarding foreclosure |



| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 05/19/15 | J. Coopersmith | 0.50 | Send email to SEC regarding foreclosure; confer with Ms. de Maison and Mr. Chekian regarding same |
| 05/20/15 | C. Tewell | 0.20 | Telephone conference with Ms. de Maison regarding updated address and foreclosure; prepare email to attorneys at SEC regarding Ms. de Maison's updated address |
| 05/20/15 | J. Coopersmith | 0.30 | Telephone conferences and emails regarding foreclosure issues |
| 05/21/15 | C. Tewell | 0.30 | Analyze SEC's email regarding Ms. de Maison's equity in the California properties and J. Coopersmith's response; telephone conference with Ms. de Maison regarding same; email J. Coopersmith regarding same |
| | Total Hours Worked | 6.80 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Law library services - - PACER SERVICE CENTER Pacer (Public Access To Court Records) 04/15 (SEA) | 1 | $1.30 |
| Total Current Disbursements | | $1.30 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $2,959.00 |
| Total Current Disbursements | 1.30 |
| Total Current Invoice | $2,960.30 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|-------------|--------------|------------------|-------------|
| **Partner** | | | |
| Coopersmith, J. | 2.80 | 580.00 | 1,624.00 |
| Total | 2.80 | | 1,624.00 |
| **Associate** | | | |
| Tewell, C. | 2.90 | 375.00 | 1,087.50 |
| Total | 2.90 | | 1,087.50 |
| **Other** | | | |
| Johnson, C. | 1.10 | 225.00 | 247.50 |
| Total | 1.10 | | 247.50 |



| | | |
|---|---|---|
| Total All Classes | 6.80 | $2,959.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $26,890.87 |
| Current Invoice | $2,960.30 |
| Total Balance Due This Matter | $29,851.17 |

Jeff Coopersmith



# Davis Wright Tremaine LLP
# Seattle, Washington
# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH. The following information is provided for both transaction types. Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

| *Bank Information:* | *Account Information:* |
|:---:|:---:|
| Bank of America | Davis Wright Tremaine LLP |
| Westlake Park Branch | 1201 Third Ave., Suite 2200 |
| 408 Pike Street | Seattle, WA 98101-3034 |
| Seattle, WA 98101-3034 | Tax ID: 91-0839480 |
| *ACH Payment Information:* | *Bank Wire Information:* |
| (automated clearing house) | |
| ABA Routing Number: 125000024 | ABA Routing number: 026009593 |
| Account Number: 1221415 | Account Number: 1221415 |
| Intl Swift Code: BOFAUS3N | Intl Swift Code: BOFAUS3N |
| (Swift Code is for Intl ACH payments only) | (Swift Code is for Intl Wires Only) |

### Payment Notification:

Please email: achpaymentnotification@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

### DWT Contact Numbers:

Krystal Roach at: 206 757-8622 or
Judy Mosset at: 206 757-8570

**Note:** The sending Bank must process the Wire before **2:00 p.m. their time,** for notification to be received the same day.



Anchorage       New York        Seattle
Bellevue        Portland        Shanghai
Los Angeles     San Francisco   Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID:      0103027-000001                  June 24, 2015
                                                Invoice No. 6311569

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

## STATEMENT OF ACCOUNT
### as of May 31, 2015


Current Invoice - 6311569                    $2,960.30

Total Balance Due This Matter                $29,851.17


## PLEASE REMIT WITH PAYMENT



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington D.C.

Angelique de Maison        July 31, 2015
58 Avenue de Wagram      Invoice No. 6319283
75017 Paris, France

JULY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:      0103027-000001
Securities & Exchange Commission v. Cope, et al.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 06/09/15 | J. Coopersmith | 0.10 | Emails with Ms. de Maison regarding SEC issues |
| 06/15/15 | J. Coopersmith | 0.50 | Review amended complaint; telephone conference with Ms. de Maison regarding same |
| 06/16/15 | J. Coopersmith | 0.40 | Telephone conference with SEC counsel and Ms. de Maison regarding potential settlement |
| 06/24/15 | J. Coopersmith | 0.30 | Telephone call with Mr. Georgalis regarding forfeiture issues |
| 06/25/15 | J. Coopersmith | 0.50 | Emails with Mr. Enright regarding acceptance of service of amended complaint; telephone conference with Ms. de Maison regarding same and DOJ forfeiture issues |
| 06/26/15 | J. Coopersmith | 0.30 | Discuss forfeiture issues with U.S. Attorney's Office |
| 06/29/15 | J. Coopersmith | 0.20 | Review proposed forfeiture agreement and send to Ms. De Maison |
| | Total Hours Worked | 2.30 | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

Total Current Services          $1,334.00

Total Current Disbursements      0.00

Total Current Invoice         $1,334.00

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Coopersmith, J. | 2.30 | 580.00 | 1,334.00 |
| Total | 2.30 | | 1,334.00 |
| Total All Classes | 2.30 | | $1,334.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $29,851.17 |
| Current Invoice | $1,334.00 |
| Total Balance Due This Matter | $31,185.17 |

Jeff Coopersmith



# Davis Wright Tremaine LLP
# Seattle, Washington
# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH. The following information is provided for both transaction types. Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

|                                        |                                        |
| :------------------------------------: | :------------------------------------: |
| ***Bank Information:***                | ***Account Information:***             |
| Bank of America                        | Davis Wright Tremaine LLP              |
| Westlake Park Branch                   | 1201 Third Ave., Suite 2200            |
| 408 Pike Street                        | Seattle, WA 98101-3034                 |
| Seattle, WA 98101-3034                 | Tax ID: 91-0839480                     |
| ***ACH Payment Information:***         | ***Bank Wire Information:***           |
| (automated clearing house)             |                                        |
| ABA Routing Number: 125000024          | ABA Routing number: 026009593          |
| Account Number: 1221415                | Account Number: 1221415                |
| Intl Swift Code: BOFAUS3N              | Intl Swift Code: BOFAUS3N              |
| (Swift Code is for Intl ACH payments only) | (Swift Code is for Intl Wires Only) |

### Payment Notification:

Please email: achpaymentnotification@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

### DWT Contact Numbers:

Krystal Roach at: 206 757-8622 or
Judy Mosset at: 206 757-8570

**Note:** The sending Bank must process the Wire before **2:00 p.m. their time,** for notification to be received the same day.



Anchorage      New York        Seattle
Bellevue       Portland        Shanghai
Los Angeles    San Francisco   Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID:      0103027-000001

July 31, 2015
Invoice No. 6319283

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

STATEMENT OF ACCOUNT
as of June 30, 2015

Current Invoice - 6319283              $1,334.00

Total Balance Due This Matter          $31,185.17

PLEASE REMIT WITH PAYMENT

REMITTANCE



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage   New York   Seattle
Bellevue   Portland   Shanghai
Los Angeles   San Francisco   Washington D.C.

Angelique de Maison                                      August 29, 2015
58 Avenue de Wagram                              Invoice No. 6325522
75017 Paris, France

AUGUST INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:     0103027-000001
Securities & Exchange Commission v. Cope, et al.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 07/02/15 | J. Coopersmith | 0.30 | Telephone conference with Ms. de Maison regarding jewelry forfeiture issues |
| 07/09/15 | J. Coopersmith | 0.20 | Emails to DOJ and Ms. de Maison regarding jewelry forfeiture issues |
| 07/22/15 | J. Coopersmith | 0.30 | Attend to jewelry forfeiture issues and email to Department of Justice regarding same |
| 07/27/15 | J. Coopersmith | 0.30 | Confer with US Attorney's Office and Ms. de Maison regarding jewelry disposition |
| | Total Hours Worked | 1.10 | |

**DISBURSEMENT DETAIL**

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Law library services - - PACER SERVICE CENTER Pacer (Public Access To Court Records) 05/15 (SEA) | 1 | $2.50 |
| Outside delivery service - - FED EX ERS - 06/18/15 Delivery to Angelique De Maison Information Not Supplied | 1 | $25.71 |
| Outside delivery service - - FED EX ERS - 06/18/15 Delivery to Angelique De Maison Information Not Supplied | 1 | $27.05 |
| Total Current Disbursements | | $55.26 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $638.00 |
| Total Current Disbursements | 55.26 |
| Total Current Invoice | $693.26 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Coopersmith, J. | 1.10 | 580.00 | 638.00 |
| Total | 1.10 | | 638.00 |
| Total All Classes | 1.10 | | $638.00 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $31,185.17 |
| Current Invoice | $693.26 |
| Total Balance Due This Matter | $31,878.43 |

Jeff Coopersmith



# Davis Wright Tremaine LLP
# Seattle, Washington
# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH.  The following information is provided for both transaction types. Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

|  |  |
|---|---|
| ***Bank Information:*** | ***Account Information:*** |
| Bank of America | Davis Wright Tremaine LLP |
| Westlake Park Branch | 1201 Third Ave., Suite 2200 |
| 408 Pike Street | Seattle, WA 98101-3034 |
| Seattle, WA 98101-3034 | Tax ID: 91-0839480 |
| ***ACH Payment Information:*** | ***Bank Wire Information:*** |
| (automated clearing house) |  |
| ABA Routing Number: 125000024 | ABA Routing number: 026009593 |
| Account Number: 1221415 | Account Number: 1221415 |
| Intl Swift Code: BOFAUS3N | Intl Swift Code: BOFAUS3N |
| (Swift Code is for Intl ACH payments only) | (Swift Code is for Intl Wires Only) |

### Payment Notification:

Please email: achpaymentnotification@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

### DWT Contact Numbers:

Krystal Roach at: 206 757-8622 or
Judy Mosset at: 206 757-8570

**Note:**   The sending Bank must process the Wire before **2:00 p.m. their time,** for notification to be received the same day.



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage   New York      Seattle
Bellevue    Portland      Shanghai
Los Angeles San Francisco Washington D.C.

Matter ID:   0103027-000001                 August 29, 2015
                                            Invoice No. 6325522

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

STATEMENT OF ACCOUNT
as of July 31, 2015

Current Invoice - 6325522                 $693.26

Total Balance Due This Matter             $31,878.43

PLEASE REMIT WITH PAYMENT



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington D.C.

Angelique de Maison             September 25, 2015
58 Avenue de Wagram          Invoice No. 6331401
75017 Paris, France

<div align="center">

SEPTEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

</div>

Matter No.:      0103027-000001
Securities & Exchange Commission v. Cope, et al.

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 08/12/15 | J. Coopersmith | 0.30 | Telephone conference with SEC counsel regarding potential settlement options |
| 08/13/15 | J. Coopersmith | 0.50 | Telephone conference with Ms. de Maison regarding SEC settlement |
| 08/14/15 | J. Coopersmith | 0.10 | Send SEC settlement offer to Ms. de Maison |
| 08/19/15 | J. Coopersmith | 0.10 | Emails with SEC regarding settlement |
| 08/24/15 | J. Coopersmith | 0.20 | Review proposed settlement documents |
| 08/25/15 | J. Coopersmith | 0.40 | Telephone conference with Ms. de Maison regarding settlement issues |
| 08/31/15 | J. Coopersmith | 0.40 | Telephone conference with SEC counsel regarding settlement |
| | Total Hours Worked | 2.00 | |

<div align="center">

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

</div>

Total Current Services                      $1,160.00

Total Current Disbursements               0.00

Total Current Invoice                      $1,160.00

<div align="center">

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**

</div>



## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Coopersmith, J. | 2.00 | 580.00 | 1,160.00 |
| Total | 2.00 | | 1,160.00 |
| Total All Classes | 2.00 | | $1,160.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $31,878.43 |
| Current Invoice | $1,160.00 |
| Total Balance Due This Matter | $33,038.43 |

Jeff Coopersmith



# Davis Wright Tremaine LLP
# Seattle, Washington
# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH. The following information is provided for both transaction types. Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

|  |  |
|---|---|
| ***Bank Information:*** | ***Account Information:*** |
| Bank of America | Davis Wright Tremaine LLP |
| Westlake Park Branch | 1201 Third Ave., Suite 2200 |
| 408 Pike Street | Seattle, WA 98101-3034 |
| Seattle, WA 98101-3034 | Tax ID: 91-0839480 |
| ***ACH Payment Information:*** | ***Bank Wire Information:*** |
| (automated clearing house) | |
| ABA Routing Number: 125000024 | ABA Routing number: 026009593 |
| Account Number: 1221415 | Account Number: 1221415 |
| Intl Swift Code: BOFAUS3N | Intl Swift Code: BOFAUS3N |
| (Swift Code is for Intl ACH payments only) | (Swift Code is for Intl Wires Only) |

## Payment Notification:

Please email: achpaymentnotification@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

## DWT Contact Numbers:

Krystal Roach at: 206 757-8622 or
Judy Mosset at: 206 757-8570

**Note:** The sending Bank must process the Wire before **2:00 p.m. their time,** for notification to be received the same day.



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage     New York     Seattle
Bellevue     Portland     Shanghai
Los Angeles     San Francisco     Washington D.C.

Matter ID:     0103027-000001         September 25, 2015
                                     Invoice No. 6331401

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

STATEMENT OF ACCOUNT
as of August 31, 2015

Current Invoice - 6331401                 $1,160.00

Total Balance Due This Matter         $33,038.43

PLEASE REMIT WITH PAYMENT



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage
Bellevue
Los Angeles

New York
Portland
San Francisco

Seattle
Shanghai
Washington D.C.

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

October 26, 2015
Invoice No. 6338281

OCTOBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:     0103027-000001
Securities & Exchange Commission v. Cope, et al.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 09/04/15 | J. Coopersmith | 0.20 | Telephone conference with Ms. de Maison regarding credit issues |
| 09/09/15 | J. Coopersmith | 0.60 | Telephone conference with Ms. de Maison regarding settlement with SEC; draft and send email to SEC counsel regarding same |
| 09/10/15 | J. Coopersmith | 0.50 | Telephone conference with Ms. de Maison regarding jewelry forfeiture issue; telephone conference with AUSA Morford regarding same |
| 09/16/15 | J. Coopersmith | 0.20 | Review and respond to additional email from Ms. de Maison |
| 09/24/15 | J. Coopersmith | 0.10 | Emails with SEC regarding settlement |
| 09/25/15 | J. Coopersmith | 1.60 | Telephone conference with Ms. de Maison regarding SEC settlement issues; email to SEC counsel regarding same |
| 09/28/15 | J. Coopersmith | 1.40 | Telephone conferences and emails with SEC counsel; telephone conference with Ms. de Maison regarding settlement |
| 09/29/15 | J. Coopersmith | 1.10 | Telephone conference with Ms. de Maison regarding settlement; prepare for call with SEC Assistant Regional Director |
| 09/30/15 | J. Coopersmith | 1.60 | Prepare for and conduct telephone conference with SEC counsel regarding settlement; telephone conference with Ms. de Maison regarding same; email to counsel for Zirk Engelbrecht regarding direct contact with him |
| | Total Hours Worked | 7.30 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $4,234.00 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $4,234.00 |

**SUMMARY BY PROFESSIONAL**

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Coopersmith, J. | 7.30 | 580.00 | 4,234.00 |
| Total | 7.30 | | 4,234.00 |
| Total All Classes | 7.30 | | $4,234.00 |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Balance from Previous Statement | $33,038.43 |
| Current Invoice | $4,234.00 |
| Total Balance Due This Matter | $37,272.43 |

Jeff Coopersmith





# Davis Wright Tremaine LLP
# Seattle, Washington
# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH. The following information is provided for both transaction types. Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

***Bank Information:***

Bank of America
Westlake Park Branch
408 Pike Street
Seattle, WA 98101-3034

***Account Information:***

Davis Wright Tremaine LLP
1201 Third Ave., Suite 2200
Seattle, WA 98101-3034
Tax ID: 91-0839480

***ACH Payment Information:***
(automated clearing house)
ABA Routing Number: 125000024
Account Number: 1221415
Intl Swift Code: BOFAUS3N
(Swift Code is for Intl ACH payments only)

***Bank Wire Information:***

ABA Routing number: 026009593
Account Number: 1221415
Intl Swift Code: BOFAUS3N
(Swift Code is for Intl Wires Only)

**Payment Notification:**

Please email: achpaymentnotification@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

**DWT Contact Numbers:**

Krystal Roach at: 206 757-8622 or
Judy Mosset at: 206 757-8570

**Note:** The sending Bank must process the Wire before **2:00 p.m. their time,** for notification to be received the same day.

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage  New York  Seattle
Bellevue  Portland  Shanghai
Los Angeles  San Francisco  Washington D.C.

Matter ID:    0103027-000001                    October 26, 2015
                                                 Invoice No. 6338281

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

<div align="center">

STATEMENT OF ACCOUNT
as of September 30, 2015

</div>

Current Invoice - 6338281                    $4,234.00

Total Balance Due This Matter                $37,272.43

<div align="center">

PLEASE REMIT WITH PAYMENT

</div>



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

November 17, 2015
Invoice No. 6343422

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:    0103027-000001
Securities & Exchange Commission v. Cope, et al.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 10/01/15 | J. Coopersmith | 0.10 | Emails with Ms. de Maison regarding settlement |
| 10/05/15 | J. Coopersmith | 0.30 | Telephone conference with SEC counsel regarding settlement issues |
| 10/15/15 | J. Coopersmith | 1.80 | Meet with Ms. de Maison regarding settlement |
| 10/19/15 | J. Coopersmith | 0.10 | Telephone call with SEC regarding Angelique de Maison settlement |
| 10/20/15 | J. Coopersmith | 0.20 | Telephone conference with Mr. Fischer regarding settlement |
| 10/21/15 | J. Coopersmith | 0.20 | Draft and send email to SEC regarding payment waiver issue |
| 10/22/15 | J. Coopersmith | 0.30 | Review email from Mr. Fischer regarding payment waiver issue; review SEC regulations regarding same |
| 10/28/15 | J. Coopersmith | 0.10 | Emails with Mr. Morford and Mr. Enright regarding jewelry issues |
| 10/29/15 | J. Coopersmith | 0.40 | Emails with SEC counsel regarding revisions to settlement documents; telephone conference with Ms. de Maison regarding same |
| 10/30/15 | J. Coopersmith | 0.80 | Confer with Ms. de Maison regarding settlement; review revised settlement documents from SEC |
| | Total Hours Worked | 4.30 | |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $2,494.00 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $2,494.00 |

**SUMMARY BY PROFESSIONAL**

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Coopersmith, J. | 4.30 | 580.00 | 2,494.00 |
| Total | 4.30 | | 2,494.00 |
| Total All Classes | 4.30 | | $2,494.00 |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Balance from Previous Statement | $37,272.43 |
| Current Invoice | $2,494.00 |
| Total Balance Due This Matter | $39,766.43 |

Jeff Coopersmith



# Davis Wright Tremaine LLP
# Seattle, Washington
# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH. The following information is provided for both transaction types. Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

|  |  |
|---|---|
| ***Bank Information:*** | ***Account Information:*** |
| Bank of America | Davis Wright Tremaine LLP |
| Westlake Park Branch | 1201 Third Ave., Suite 2200 |
| 408 Pike Street | Seattle, WA 98101-3034 |
| Seattle, WA 98101-3034 | Tax ID: 91-0839480 |
| ***ACH Payment Information:*** | ***Bank Wire Information:*** |
| (automated clearing house) |  |
| ABA Routing Number: 125000024 | ABA Routing number: 026009593 |
| Account Number: 1221415 | Account Number: 1221415 |
| Intl Swift Code: BOFAUS3N | Intl Swift Code: BOFAUS3N |
| (Swift Code is for Intl ACH payments only) | (Swift Code is for Intl Wires Only) |

### Payment Notification:

Please email: achpaymentnotification@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

### DWT Contact Numbers:

Krystal Roach at: 206 757-8622 or
Judy Mosset at: 206 757-8570

**Note:** The sending Bank must process the Wire before **2:00 p.m. their time,** for notification to be received the same day.



Davis Wright
Tremaine LLP

Anchorage · New York · Seattle
Bellevue · Portland · Shanghai
Los Angeles · San Francisco · Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID: 0103027-000001

November 17, 2015
Invoice No. 6343422

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

## STATEMENT OF ACCOUNT
### as of October 31, 2015

Current Invoice - 6343422      $2,494.00

Total Balance Due This Matter      $39,766.43

## PLEASE REMIT WITH PAYMENT

REMITTANCE



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage     New York        Seattle
Bellevue      Portland        Shanghai
Los Angeles   San Francisco   Washington D.C.

Angelique de Maison                                    December 14, 2015
58 Avenue de Wagram                                    Invoice No. 6349915
75017 Paris, France

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:     0103027-000001
Securities & Exchange Commission v. Cope, et al.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 11/04/15 | J. Coopersmith | 1.20 | Telephone conference with Ms. de Maison; review real estate sales proposals and send same with email to SEC for approval |
| 11/05/15 | J. Coopersmith | 0.80 | Meeting with Ms. de Maison regarding investigation |
| 11/06/15 | J. Coopersmith | 0.20 | Emails with SEC counsel regarding settlement and real estate sales |
| 11/12/15 | J. Coopersmith | 0.10 | Emails with SEC regarding property sales |
| 11/13/15 | J. Coopersmith | 0.10 | Emails with Mr. Fischer regarding property sales |
| 11/16/15 | C. Tewell | 1.30 | Analyze emails and attachments from J. Coopersmith regarding sale of real estate and need for Stipulation and Proposed Order; confer with J. Coopersmith regarding same; prepare Stipulation and Proposed Order |
| 11/16/15 | J. Coopersmith | 0.20 | Work on property sales stipulation |
| 11/17/15 | C. Tewell | 0.10 | Leave message for Ms. de Maison regarding stipulation with SEC regarding house sales |
| 11/18/15 | C. Tewell | 0.50 | Modify Stipulation and Proposed Order, create supporting exhibits, and email with J. Coopersmith regarding same; email SEC attorneys regarding Stipulation and Proposed Order; email with Ms. de Maison regarding Stipulation and Proposed Order |
| 11/18/15 | J. Coopersmith | 0.20 | Work on stipulation for property sales; telephone conference with Ms. de Maison regarding same |
| 11/19/15 | C. Tewell | 0.60 | Analyze emails between J. Coopersmith and Ms. de Maison; modify Stipulation and Proposed Order; email with Ms. de Maison regarding same; confer with J. Coopersmith regarding same; email SEC counsel regarding same; confer with J. Coopersmith regarding Financial Condition forms |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**


| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 11/19/15 | J. Coopersmith | 0.20 | Finalize stipulation for property sales; work on financial statement for payment waiver |
| 11/23/15 | C. Tewell | 0.10 | Email with SEC regarding filing Stipulation |
| 11/24/15 | C. Tewell | 0.20 | Email with Ms. de Maison regarding sale of properties and wire instructions |
| 11/30/15 | C. Tewell | 0.20 | Check district court docket for Stipulation on property sales; email with SEC regarding same |
| 11/30/15 | J. Coopersmith | 0.10 | Review court order allowing property sales |
| | Total Hours Worked | 6.10 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Outside delivery service - - FED EX ERS - 10/22/15 Delivery to Denise De Maison Information Not Supplied | 1 | $24.24 |
| Total Current Disbursements | | $24.24 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $2,923.00 |
| Total Current Disbursements | 24.24 |
| Total Current Invoice | $2,947.24 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|--------------|-------------|------------------|-------------|
| **Partner** | | | |
| Coopersmith, J. | 3.10 | 580.00 | 1,798.00 |
| Total | 3.10 | | 1,798.00 |
| **Associate** | | | |
| Tewell, C. | 3.00 | 375.00 | 1,125.00 |
| Total | 3.00 | | 1,125.00 |
| Total All Classes | 6.10 | | $2,923.00 |



**STATEMENT OF ACCOUNT**

Balance from Previous Statement                     $39,766.43

Current Invoice                                     $2,947.24

Total Balance Due This Matter                       $42,713.67

Jeff Coopersmith



---

# Davis Wright Tremaine LLP
# Seattle, Washington
# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH.  The following information is provided for both transaction types. Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

| *Bank Information:* | *Account Information:* |
|---|---|
| Bank of America | Davis Wright Tremaine LLP |
| Westlake Park Branch | 1201 Third Ave., Suite 2200 |
| 408 Pike Street | Seattle, WA 98101-3034 |
| Seattle, WA 98101-3034 | Tax ID: 91-0839480 |
| ***ACH Payment Information:*** | ***Bank Wire Information:*** |
| (automated clearing house) | |
| ABA Routing Number: 125000024 | ABA Routing number: 026009593 |
| Account Number: 1221415 | Account Number: 1221415 |
| Intl Swift Code: BOFAUS3N | Intl Swift Code: BOFAUS3N |
| (Swift Code is for Intl ACH payments only) | (Swift Code is for Intl Wires Only) |

### Payment Notification:

Please email: achpaymentnotification@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

### DWT Contact Numbers:

Krystal Roach at: 206 757-8622 or
Judy Mosset at: 206 757-8570

**Note:**    The sending Bank must process the Wire before **2:00 p.m. their time,** for notification to be received the same day.



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington D.C.

Matter ID:    0103027-000001               December 14, 2015
                                          Invoice No. 6349915

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

STATEMENT OF ACCOUNT
as of November 30, 2015

Current Invoice - 6349915                 $2,947.24

Total Balance Due This Matter           $42,713.67

PLEASE REMIT WITH PAYMENT



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Angelique de Maison                                      January 13, 2016
58 Avenue de Wagram                              Invoice No. 6355142
75017 Paris, France

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:      0103027-000001
Securities & Exchange Commission v. Cope, et al.

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 12/01/15 | C. Tewell | 0.10 | Email with Ms. de Maison regarding wire instructions for proceeds of property sales |
| 12/04/15 | C. Tewell | 2.90 | Prepare Ms. de Maison's Statement of Financial Condition |
| 12/07/15 | C. Tewell | 0.70 | Prepare Ms. de Maison's Statement of Financial Condition |
| 12/10/15 | C. Tewell | 0.50 | Analyze email from Ms. de Maison regarding sale of properties; confer with J. Coopersmith regarding Motion for Fees and request for SEC payment waiver |
| 12/10/15 | J. Coopersmith | 0.30 | Work on letters to approve property sales; work on financial statement for submission to SEC |
| 12/11/15 | C. Tewell | 2.90 | Prepare Ms. de Maison's Statement of Financial Condition; email with J. Coopersmith regarding additional documents from SEC |
| 12/14/15 | C. Tewell | 1.00 | Confer with E. Dacuag regarding Fellheimer documents; review documents produced by Fellheimer in October 2014 for relevance to Ms. de Maison's Statement of Financial Condition; email with J. Coopersmith regarding Statement of Financial Condition |
| 12/15/15 | C. Tewell | 0.30 | Confer with J. Coopersmith regarding Statement of Financial Condition |
| 12/15/15 | J. Coopersmith | 0.30 | Work on SEC financial disclosure for monetary remedies |
| 12/16/15 | C. Tewell | 0.20 | Analyze signed Court Order regarding sale of properties; analyze emails between J. Coopersmith and Ms. de Maison's realtor regarding court order |
| 12/17/15 | C. Tewell | 0.20 | Confer with J. Coopersmith regarding property sale issue |
| 12/17/15 | J. Coopersmith | 0.30 | Telephone conference with Ms. de Maison regarding property sales |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**


| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 12/18/15 | C. Tewell | 1.30 | Telephone conference with Highland-Ave-property purchaser regarding credit in lieu of repairs; telephone conference with Ms. de Maison regarding same; review addendum to purchase and sale agreement and related emails; prepare email to Mr. Fischer and Mr. Enright requesting approval of change in purchase and sale agreement |
| 12/23/15 | C. Tewell | 0.10 | Email SEC regarding price change on property sale |
| 12/24/15 | C. Tewell | 0.10 | Email Ms. de Maison regarding Consent and Judgment received from SEC |
| | Total Hours Worked | 11.20 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Law library services - - PACER SERVICE CENTER PACER (Public Access To Court Records) 11/15 (SEA) | 1 | $2.00 |
| Outside delivery service - - FED EX ERS - 10/26/15 Delivery to Jeffrey B Coopersmith Davis Wright Tremaine Llp | 1 | $16.57 |
| Total Current Disbursements | | $18.57 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $4,384.50 |
| Total Current Disbursements | 18.57 |
| Total Current Invoice | $4,403.07 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|--------------|--------------|------------------|-------------|
| **Partner** | | | |
| Coopersmith, J. | 0.90 | 580.00 | 522.00 |
| Total | 0.90 | | 522.00 |
| **Associate** | | | |
| Tewell, C. | 10.30 | 375.00 | 3,862.50 |
| Total | 10.30 | | 3,862.50 |
| Total All Classes | 11.20 | | $4,384.50 |



**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Balance from Previous Statement | $42,713.67 |
| Current Invoice | $4,403.07 |
| Total Balance Due This Matter | $47,116.74 |

Jeff Coopersmith



# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH (Automated Clearing House). The following information is provided for both transaction types.

Please reference your **Invoice Number** or **DWT Account Number** or the name of your Attorney.

### *Bank Information:*
Bank of America

### *Account Information:*
Davis Wright Tremaine LLP
1201 Third Ave., Suite 2200
Seattle, WA 98101-3045
Tax ID: 91-0839480

### *ACH Payment Information:*
ABA Routing Number: 125000024
Account Number: 1221415
Intl Swift Code: BOFAUS3N
(Swift Code is for Intl ACH payments only)

### *Bank Wire Information:*
ABA Routing number: 026009593
Account Number: 1221415
Intl Swift Code: BOFAUS3N
(Swift Code is for Intl Wires Only)

**Payment Notification:**

Please email: ach@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

**DWT Contact Numbers:**

Krystal Roach at: 206 757-8622 or
Judy Mosset at: 206 757-8570



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage        New York        Seattle
Bellevue         Portland        Shanghai
Los Angeles      San Francisco   Washington D.C.

Matter ID:    0103027-000001                    January 13, 2016
                                                 Invoice No. 6355142

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

## STATEMENT OF ACCOUNT
### as of December 31, 2015

Current Invoice - 6355142                        $4,403.07

Total Balance Due This Matter                    $47,116.74

PLEASE REMIT WITH PAYMENT



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage     New York     Seattle
Bellevue     Portland     Shanghai
Los Angeles     San Francisco     Washington D.C.

Angelique de Maison                  February 12, 2016
58 Avenue de Wagram             Invoice No. 6362078
75017 Paris, France

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:      0103027-000001
Securities & Exchange Commission v. Cope, et al.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 01/04/16 | C. Tewell | 0.20 | Email with SEC regarding change in Purchase and Sale Agreement; confer with J. Coopersmith regarding Statement of Financial Condition |
| 01/04/16 | J. Coopersmith | 0.20 | Review emails regarding approvals for changes to purchase and sale agreements |
| 01/05/16 | C. Tewell | 0.30 | Email with J. Coopersmith regarding ▮▮▮▮▮ ▮▮▮▮▮ email with O. Vasquez, J. Hernandez, and C. Chan regarding same |
| 01/05/16 | J. Coopersmith | 0.20 | Confer with Ms. de Maison regarding real estate closing |
| 01/06/16 | C. Tewell | 0.10 | Email with Ms. de Maison regarding sale of Highland Avenue property; email with SEC counsel regarding same |
| 01/07/16 | C. Tewell | 0.10 | Email with SEC and Ms. de Maison regarding sale of property |
| 01/12/16 | C. Tewell | 0.10 | Telephone conference with J. Coopersmith regarding cost of updating LLC's California filings |
| 01/18/16 | J. Coopersmith | 0.20 | Review draft financial statement |
| 01/21/16 | C. Tewell | 0.80 | Email with J. Coopersmith regarding funds from sale of 654 Highland property; analyze and edit Statement of Financial Condition |
| 01/22/16 | C. Tewell | 0.20 | Review notes and emails regarding costs related to sale and leave Ms. de Maison message regarding same |
| 01/25/16 | C. Tewell | 0.40 | Email with Ms. de Maison regarding sale of real property |
| | Total Hours Worked | 2.80 | |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Law library services - - PACER SERVICE CENTER PACER (Public Access to Court Records) 12/15 (SEA) | 1 | $8.80 |
| Total Current Disbursements | | $8.80 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,279.00 |
| Total Current Disbursements | 8.80 |
| Total Current Invoice | $1,287.80 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Coopersmith, J. | 0.60 | 610.00 | 366.00 |
| Total | 0.60 | | 366.00 |
| **Associate** | | | |
| Tewell, C. | 2.20 | 415.00 | 913.00 |
| Total | 2.20 | | 913.00 |
| Total All Classes | 2.80 | | $1,279.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $47,116.74 |
| Current Invoice | $1,287.80 |
| Total Balance Due This Matter | $48,404.54 |

Jeff Coopersmith



# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH (Automated Clearing House). The following information is provided for both transaction types.

Please reference your **Invoice Number** or **DWT Account Number** or the name of your Attorney.

*Bank Information:*
Bank of America

*Account Information:*
Davis Wright Tremaine LLP
1201 Third Ave., Suite 2200
Seattle, WA 98101-3045
Tax ID: 91-0839480

*ACH Payment Information:*
ABA Routing Number: 125000024
Account Number: 1221415
Intl Swift Code: BOFAUS3N
(Swift Code is for Intl ACH payments only)

*Bank Wire Information:*
ABA Routing number: 026009593
Account Number: 1221415
Intl Swift Code: BOFAUS3N
(Swift Code is for Intl Wires Only)

**Payment Notification:**

Please email: ach@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

**DWT Contact Numbers:**

Krystal Roach at: 206 757-8622 or
Judy Mosset at: 206 757-8570



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington D.C.

Matter ID:    0103027-000001             February 12, 2016
                                           Invoice No. 6362078

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

STATEMENT OF ACCOUNT
as of January 31, 2016

Current Invoice - 6362078                 $1,287.80

Total Balance Due This Matter           $48,404.54

PLEASE REMIT WITH PAYMENT



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington D.C.

|  |  |
|---|---|
| Angelique de Maison | March 18, 2016 |
| 58 Avenue de Wagram | Invoice No. 6369822 |
| 75017 Paris, France | |

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:    0103027-000001
Securities & Exchange Commission v. Cope, et al.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 02/01/16 | C. Tewell | 0.40 | Analyze emails from Ms. de Maison regarding property sales; prepare email to SEC regarding same; email with Ms. de Maison regarding Statement of Financial Condition |
| 02/01/16 | J. Coopersmith | 0.20 | Confer with C. Tewell regarding financial affidavit and real estate sales |
| 02/02/16 | C. Tewell | 0.30 | Email with Ms. de Maison regarding fees due related to Two Girls Properties; email with SEC regarding same |
| 02/04/16 | L. Rainwater | 0.50 | Conference with J. Coopersmith regarding background of matter |
| 02/04/16 | J. Coopersmith | 0.10 | Work on real estate closing issues |
| 02/05/16 | L. Rainwater | 1.60 | Review statement of financial condition in preparation for call with Ms. de Maison; participate in conference call with Angelique de Maison to discuss statement of financial condition |
| 02/05/16 | C. Tewell | 1.30 | Email with SEC regarding sale of real property; email with Ms. de Maison regarding same; telephone conference with Ms. de Maison and L. Rainwater regarding Statement of Financial Condition |
| 02/08/16 | C. Tewell | 1.00 | Email with SEC regarding property sales; telephone conference with Ms. de Maison regarding Statement of Financial Condition |
| 02/09/16 | C. Tewell | 1.00 | Email with SEC regarding property sales; analyze and edit Statement of Financial Condition |
| 02/09/16 | J. Coopersmith | 0.20 | Review status of real estate sales; review status of payment waiver application |
| 02/16/16 | L. Rainwater | 0.10 | Coordinate obtaining certified copy of order permitting sale of property |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**


| <u>DATE</u> | <u>PROFESSIONAL</u> | <u>TIME</u> | <u>DESCRIPTION OF SERVICES</u> |
|------|------|------|------|
| 02/17/16 | L. Rainwater | 0.10 | Coordinate obtaining certified order to permit sale of property |
| 02/18/16 | L. Rainwater | 1.70 | Prepare for conference with Ms. de Maison; conference with Ms. de Maison to discuss statement of financial condition |
| 02/18/16 | O. Johnny | 1.60 | Analyze request for certified copy of court order; coordinate retrieval of certified copy of the Stipulation and Order Docket No 186 from the SDNY |
| 02/18/16 | J. Coopersmith | 1.10 | Teleconference with Ms. De Maison regarding SEC monetary relief and real estate sales |
| 02/19/16 | L. Rainwater | 2.00 | Prepare for meeting with Ms. de Maison; meet with Ms. de Maison to review statement of financial condition; research judgment against Ms. de Maison; research how to gain access to hard drive containing her computer documents; conference with J. Coopersmith regarding matter |
| 02/19/16 | J. Coopersmith | 0.10 | Email to U.S. Attorney's Office regarding status of forfeiture issue |
| 02/22/16 | L. Rainwater | 0.20 | Correspond regarding certified court order allowing sale of property; correspond regarding stipulation to be submitted to court to allow sale of last property |
| 02/22/16 | J. Coopersmith | 0.10 | Review email from Mr. Morford regarding forfeiture |
| 02/23/16 | L. Rainwater | 0.30 | Correspond regarding order permitting sale of Highland Avenue property |
| 02/24/16 | L. Rainwater | 0.30 | Correspond regarding wire transfers for proceeds from sales of properties |
|  | Total Hours Worked | 14.20 |  |

---

### DISBURSEMENT DETAIL

| <u>DESCRIPTION</u> | <u>QUANTITY</u> | <u>AMOUNT</u> |
|------|------|------|
| Outside delivery service - - FED EX ERS - 02/19/16 Delivery to Michelle Polk Fidelity National Title Compan | 1 | $17.88 |
| Total Current Disbursements |  | $17.88 |

---

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|------|------|
| Total Current Services | $5,716.00 |
| Total Current Disbursements | 17.88 |
| Total Current Invoice | $5,733.88 |



## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Coopersmith, J. | 1.80 | 610.00 | 1,098.00 |
| Total | 1.80 | | 1,098.00 |
| **Associate** | | | |
| Rainwater, L. | 6.80 | 395.00 | 2,686.00 |
| Tewell, C. | 4.00 | 415.00 | 1,660.00 |
| Total | 10.80 | | 4,346.00 |
| **Paralegal** | | | |
| Johnny, O. | 1.60 | 170.00 | 272.00 |
| Total | 1.60 | | 272.00 |
| Total All Classes | 14.20 | | $5,716.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $48,404.54 |
| Current Invoice | $5,733.88 |
| Total Balance Due This Matter | $54,138.42 |

Jeff Coopersmith



# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH (Automated Clearing House). The following information is provided for both transaction types.

Please reference your **Invoice Number** or **DWT Account Number** or the name of your Attorney.

*Bank Information:*
Bank of America

*Account Information:*
Davis Wright Tremaine LLP
1201 Third Ave., Suite 2200
Seattle, WA 98101-3045
Tax ID: 91-0839480

*ACH Payment Information:*
ABA Routing Number: 125000024
Account Number: 1221415
Intl Swift Code: BOFAUS3N
(Swift Code is for Intl ACH payments only)

*Bank Wire Information:*
ABA Routing number: 026009593
Account Number: 1221415
Intl Swift Code: BOFAUS3N
(Swift Code is for Intl Wires Only)

**Payment Notification:**

Please email: ach@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

**DWT Contact Number:**

Chris Morgan at: 206 757-8427



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage     New York     Seattle
Bellevue      Portland      Shanghai
Los Angeles   San Francisco   Washington D.C.

Matter ID:     0103027-000001              March 18, 2016
                                         Invoice No. 6369822

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

<div align="center">

STATEMENT OF ACCOUNT
as of February 29, 2016

</div>

Current Invoice - 6369822              $5,733.88

Total Balance Due This Matter         $54,138.42

<div align="center">

PLEASE REMIT WITH PAYMENT

</div>

REMITTANCE



Anchorage     New York     Seattle
Bellevue     Portland     Shanghai
Los Angeles     San Francisco     Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

April 20, 2016
Invoice No. 6377116

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:     0103027-000001
Securities & Exchange Commission v. Cope, et al.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 03/01/16 | L. Rainwater | 0.30 | Correspond regarding sale of 654 West Highland property and closing of escrow |
| 03/14/16 | L. Rainwater | 3.40 | Draft and revise statement of financial condition; research background information to include in same; correspond with Ms. de Maison regarding same |
| 03/15/16 | J. Coopersmith | 0.10 | Emails with Ms. de Maison regarding financial statement |
| 03/16/16 | L. Rainwater | 0.20 | Correspond with Ms. de Maison regarding Statement of Financial Condition |
| 03/17/16 | L. Rainwater | 0.30 | Draft motion for attorneys' fees from sale proceeds |
| 03/17/16 | J. Coopersmith | 0.10 | Confer with Ms. de Maison regarding status of SEC matter |
| 03/18/16 | L. Rainwater | 3.50 | Research and draft motion for attorneys' fees |
| 03/18/16 | J. Coopersmith | 0.30 | Draft letter to client regarding SEC case; review draft motion for partial lifting of freeze |
| 03/19/16 | L. Rainwater | 0.30 | Correspond with J. Coopersmith regarding motion for fees and living expenses and strategy for same |
| 03/19/16 | J. Coopersmith | 0.10 | Emails with Ms. Rainwater regarding monetary remedies issues |
| 03/21/16 | L. Rainwater | 4.90 | Research and draft motion for attorneys fees and motion for living expenses; review case background and available documents in our files; revise statement of financial condition; conference with J. Coopersmith regarding matter |
| 03/22/16 | L. Rainwater | 0.20 | Review case documents |
| 03/22/16 | C. Johnson | 0.20 | Obtain Pena judgment documents for L. Rainwater |
| 03/22/16 | J. Coopersmith | 0.10 | Teleconference with Ms. de Maison regarding status of closings |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**


| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 03/23/16 | L. Rainwater | 2.10 | Research Ms. de Maison's property histories ███ review background case documents |
| 03/24/16 | L. Rainwater | 1.40 | Draft and revise motion for attorneys' fees and living expenses |
| 03/31/16 | L. Rainwater | 0.60 | Revise motion for attorneys' fees and living expenses; correspond with Ms. de Maison regarding same |
| | Total Hours Worked | 18.10 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Law library services - - PACER SERVICE CENTER PACER (Public Access To Court Records) 02/16 (SEA) | 1 | $12.90 |
| Outside delivery service - - FED EX ERS - 03/24/16 Delivery to Records Research San Bernardino County Recorder | 1 | $17.75 |
| Professional services - - KEATING & WALKER ATTORNEY SERVICE INC - 02/18/16 Obtained Stipulation & sent certified copies plus disbursement fee, per O. Johnny | 1 | $126.00 |
| State agency - - SAN BERNARDINO COUNTY RECORDER - 03/24/16 Fee for obtaining certified copies of property deeds, per J. Coopersmith | 1 | $201.00 |
| Total Current Disbursements | | $357.65 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $7,269.00 |
| Total Current Disbursements | 357.65 |
| Total Current Invoice | $7,626.65 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|--------------|--------------|------------------|-------------|
| **Partner** | | | |
| Coopersmith, J. | 0.70 | 610.00 | 427.00 |
| Total | 0.70 | | 427.00 |
| **Associate** | | | |
| Rainwater, L. | 17.20 | 395.00 | 6,794.00 |
| Total | 17.20 | | 6,794.00 |



**Other**

| | | | |
|---|---|---|---|
| Johnson, C. | 0.20 | 240.00 | 48.00 |
| Total | 0.20 | | 48.00 |
| Total All Classes | 18.10 | | $7,269.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $54,138.42 |
| Current Invoice | $7,626.65 |
| Total Balance Due This Matter | $61,765.07 |

Jeff Coopersmith



# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH (Automated Clearing House). The following information is provided for both transaction types.

Please reference your **Invoice Number** or **DWT Account Number** or the name of your Attorney.

### *Bank Information:*
Bank of America

### *Account Information:*
Davis Wright Tremaine LLP
1201 Third Ave., Suite 2200
Seattle, WA 98101-3045
Tax ID: 91-0839480

### *ACH Payment Information:*
ABA Routing Number: 125000024
Account Number: 1221415
Intl Swift Code: BOFAUS3N
(Swift Code is for Intl ACH payments only)

### *Bank Wire Information:*
ABA Routing number: 026009593
Account Number: 1221415
Intl Swift Code: BOFAUS3N
(Swift Code is for Intl Wires Only)

**Payment Notification:**

Please email: ach@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

**DWT Contact Number:**

Chris Morgan at: 206 757-8427



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington D.C.

Matter ID:    0103027-000001

April 20, 2016
Invoice No. 6377116

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

## STATEMENT OF ACCOUNT
### as of March 31, 2016

Current Invoice - 6377116    $7,626.65

Total Balance Due This Matter    $61,765.07

PLEASE REMIT WITH PAYMENT



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage New York Seattle
Bellevue Portland Shanghai
Los Angeles San Francisco Washington D.C.

Angelique de Maison   May 19, 2016
58 Avenue de Wagram   Invoice No. 6384022
75017 Paris, France

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.: 0103027-000001
Securities & Exchange Commission v. Cope, et al.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 04/05/16 | L. Rainwater | 0.10 | Review certified deed of trust received for the Oxnard property |
| 04/06/16 | L. Rainwater | 0.10 | Correspond with Ms. de Maison regarding motion for fees |
| 04/07/16 | L. Rainwater | 0.60 | Draft declaration of J. Coopersmith in support of motion for attorneys fees |
| 04/12/16 | L. Rainwater | 0.10 | Review jewelry appraisal received from the SEC |
| 04/14/16 | L. Rainwater | 0.10 | Correspond with Ms. de Maison regarding status of matter |
| 04/14/16 | J. Coopersmith | 0.10 | Teleconference with Ms. de Maison and real estate broker regarding property sale |
| 04/22/16 | L. Rainwater | 0.20 | Conference with J. Coopersmith regarding case status and attempt to contact Ms. de Maison |
| | Total Hours Worked | 1.30 | |

**DISBURSEMENT DETAIL**

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Law library services - - COURTTRAX CORPORATION CourtTrax, 03/16 (SEA) | 1 | $1.10 |
| Law library services - - COURTTRAX CORPORATION CourtTrax, 03/16 (SEA) | 1 | $133.71 |
| Outside copy service - - CREDIT CARD 03/24/2016 Certified Copoies per J. Coppersmith | 1 | $26.25 |
| Outside delivery service - - UPS ERS - 04/05/16 Delivery to San Bernardino County Recorder | 1 | $14.32 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Outside delivery service - - FED EX ERS - 04/11/16 Delivery to Martha Modeen Davis Wright Tremaine, Llp | 1 | $18.25 |
| State agency - - SAN BERNARDINO COUNTY RECORDER - 04/05/16 Fee for obtaining certified copies of property deeds, per J. Coopersmith | 1 | $2.00 |
| Total Current Disbursements | | $195.63 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $535.00 |
| Total Current Disbursements | 195.63 |
| Total Current Invoice | $730.63 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Coopersmith, J. | 0.10 | 610.00 | 61.00 |
| Total | 0.10 | | 61.00 |
| **Associate** | | | |
| Rainwater, L. | 1.20 | 395.00 | 474.00 |
| Total | 1.20 | | 474.00 |
| Total All Classes | 1.30 | | $535.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $61,765.07 |
| Current Invoice | $730.63 |
| Total Balance Due This Matter | $62,495.70 |

Jeff Coopersmith



# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH (Automated Clearing House). The following information is provided for both transaction types.

Please reference your **Invoice Number** or **DWT Account Number** or the name of your Attorney.

### *Bank Information:*
Bank of America

### *Account Information:*
Davis Wright Tremaine LLP
1201 Third Ave., Suite 2200
Seattle, WA 98101-3045
Tax ID: 91-0839480

### *ACH Payment Information:*
ABA Routing Number: 125000024
Account Number: 1221415
Intl Swift Code: BOFAUS3N
(Swift Code is for Intl ACH payments only)

### *Bank Wire Information:*
ABA Routing number: 026009593
Account Number: 1221415
Intl Swift Code: BOFAUS3N
(Swift Code is for Intl Wires Only)

**Payment Notification:**

Please email: ach@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

**DWT Contact Number:**

Chris Morgan at: 206 757-8427



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Matter ID:     0103027-000001

May 19, 2016
Invoice No. 6384022

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

<div align="center">

STATEMENT OF ACCOUNT
as of April 30, 2016

</div>

| | |
|---|---|
| Current Invoice - 6384022 | $730.63 |
| Total Balance Due This Matter | $62,495.70 |

<div align="center">

PLEASE REMIT WITH PAYMENT

</div>



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Angelique de Maison                                              June 15, 2016
58 Avenue de Wagram                                      Invoice No. 6390206
75017 Paris, France

JUNE INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:      0103027-000001
Securities & Exchange Commission v. Cope, et al.

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 05/11/16 | L. Rainwater | 0.20 | Correspond regarding case status and needed information |
| 05/11/16 | J. Coopersmith | 0.30 | Prepare for meeting with Ms. de Maison |
| 05/12/16 | J. Coopersmith | 1.70 | Meeting with Ms. de Maison regarding SEC monetary remedies strategy |
| 05/13/16 | L. Rainwater | 0.40 | Discuss case strategy with J. Coopersmith |
| 05/13/16 | J. Coopersmith | 1.10 | Confer with L. Rainwater and outline arguments for motion for fees and reimbursement for Ms. de Maison |
| 05/18/16 | J. Coopersmith | 0.10 | Confer with Ms. de Maison regarding motion for funds |
| 05/22/16 | J. Coopersmith | 0.50 | Drafting motion for fees and compensation |
| 05/24/16 | L. Rainwater | 0.40 | Review list of information to include in motion for fees and determine what information is still needed |
| 05/24/16 | J. Coopersmith | 0.30 | Confer with Ms. de Maison regarding potential subpoena and motion for fees and compensation in SEC case |
| 05/25/16 | L. Rainwater | 1.50 | Conference with J. Coopersmith regarding motion for fees; revise motion for fees |
| 05/26/16 | L. Rainwater | 0.10 | Conference with J. Coopersmith regarding motion for fees |
| 05/26/16 | J. Coopersmith | 0.10 | Confer with Ms. de Maison regarding SEC motion |
| 05/27/16 | L. Rainwater | 4.10 | Draft and revise motion for fees |
| 05/29/16 | J. Coopersmith | 2.10 | Work on motion for fees and compensation; work on payment waiver submission |
| 05/31/16 | L. Rainwater | 0.20 | Conference with J. Coopersmith regarding strategy for motion for fees |
|  | Total Hours Worked | 13.10 |  |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $6,507.50 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $6,507.50 |

**SUMMARY BY PROFESSIONAL**

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Coopersmith, J. | 6.20 | 610.00 | 3,782.00 |
| Total | 6.20 | | 3,782.00 |
| **Associate** | | | |
| Rainwater, L. | 6.90 | 395.00 | 2,725.50 |
| Total | 6.90 | | 2,725.50 |
| Total All Classes | 13.10 | | $6,507.50 |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Balance from Previous Statement | $62,495.70 |
| Current Invoice | $6,507.50 |
| Total Balance Due This Matter | $69,003.20 |

Jeff Coopersmith


# Bank Wire and ACH Payment Instructions

**Invoices** may be paid by Bank Wire or ACH (Automated Clearing House). The following information is provided for both transaction types.

Please reference your **Invoice Number** or **DWT Account Number** or the name of your Attorney.

### *Bank Information:*
Bank of America

### *Account Information:*
Davis Wright Tremaine LLP
1201 Third Ave., Suite 2200
Seattle, WA 98101-3045
Tax ID: 91-0839480

### *ACH Payment Information:*
ABA Routing Number: 125000024
Account Number: 1221415
Intl Swift Code: BOFAUS3N
(Swift Code is for Intl ACH payments only)

### *Bank Wire Information:*
ABA Routing number: 026009593
Account Number: 1221415
Intl Swift Code: BOFAUS3N
(Swift Code is for Intl Wires Only)

**Payment Notification:**

Please email: ach@dwt.com to supply payment details. Each Invoice Number along with a corresponding payment amount will insure proper application to your account.

**DWT Contact Number:**

Chris Morgan at: 206 757-8427



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage     New York     Seattle
Bellevue     Portland     Shanghai
Los Angeles     San Francisco     Washington D.C.

Matter ID:     0103027-000001

June 15, 2016
Invoice No. 6390206

Angelique de Maison
58 Avenue de Wagram
75017 Paris, France

STATEMENT OF ACCOUNT
as of May 31, 2016

Current Invoice - 6390206           $6,507.50

Total Balance Due This Matter       $69,003.20

PLEASE REMIT WITH PAYMENT