

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER & DIRECT DIAL

HOWARD A. FISCHER
(212) 336-0589

November 7, 2016

**BY ECF**

The Honorable Denise L. Cote
United States District Court, S.D.N.Y.
500 Pearl Street, Room 1610
New York, New York 10007

Re:     SEC v. Cope et al., 14 CV 7575 (DLC)

Dear Judge Cote:

  We write with respect to the Court's Order setting a schedule for briefing defendant Angelique de Maison's motion for relief from the freeze. See Docket Entry 265. Due to other work commitments, we are respectfully requesting that the time for the Securities and Exchange Commission ("SEC") to respond to the motion be extended to December 1, 2016, and any reply from the movant be extended to December 9, 2016 (from December 2, 2016). This is the first request that the SEC has made with respect to the scheduling of this motion. We have conferred with counsel for Ms. de Maison, who consents to these adjourned dates.

              Respectfully submitted,

              Howard A. Fischer
              Senior Trial Counsel

cc:     Counsel for Ms. de Maison (via ECF)