Trish Malone<br>
10409 Strathmore Drive<br>
Santee, CA 92071

May 7, 2018

The Honorable Denise L. Cote
United States District Court, S.D.N.Y.
500 Pearl Street, Room 1610
New York, NY 10007

RE: SEC v. Cope et al., 14 CV 7575 (DLC)

Dear Judge Cote,

I received a copy of the SEC's Reply Memorandum of Law in Further Support of Plaintiff Securities and Exchange Commission's Application for Monetary Relief Against All Remaining Defendants dated April 27, 2018. The SEC contacted me via email on April 6th requesting my approval for a two-week extension on time to reply to my last letter. I emphatically told them I did object to the extension also via email, a copy of which is attached. As such, I am requesting that their response be excluded from your review of this case.

If that is not possible, I have issues with their response as it contains inaccurate information and I am challenging the following claims:

1. On Page 9, Section II, in the first paragraph, the SEC states that "those issuers were fraudulent enterprises that did not conduct legal business. That is absolutely untrue. There were legitimate businesses that were operating, had full boards of directors and several officers. The businesses had quarterly auditor reviews and annual audits of their operations. Both Lustros and Gepco were ultimately shut down either directly or indirectly due to the SEC's investigations, Gepco because the SEC took all of the assets of the company and Lustros because the company lost a court case in Chile and ownership of it's copper sulfate mining company due to the investigations.

2. On Page 10, the SEC states that I was a "critical participant in the scheme". That is also absolutely untrue. I was not aware of any scheme. Mr. Engelbrecht/de Maison was issued shares for funds he contributed to the companies at a value deemed fair by the boards of directors, attorneys and approved by auditors. I do not see the SEC going after the CEOs of these companies, or the board members, or the attorneys, or the CPAs, just me. Mr. Engelbrecht/de Maison is in jail now because he is a master manipulator. I have spoken many times to the FBI and the USAG's attorneys and they understand that I was not a knowing part of Mr. Engelbrect/de Maison's fraud. Mr. Engelbrecht/de Maison used me, just as he used investors, to conduct HIS scheme. Any role I played was done so unwittingly. Mr. Engelbrecht/de Maison knew I was an honest, hard working mom who valued the same in others and he professed to me be a religious man, a family man, an entrepreneur who was working diligently to build these businesses he started from scratch. This is the person I believed him to be and when he told me that "this is just how it is done with reverse mergers in

shell companies" I had no reason to doubt him. He is a chameleon and he played me just as he played the other officers and directors of the companies, just as he played the investors. If I am guilty of anything it is not realizing who he was earlier. He was a wolf in sheep's clothing and I a very trusting lamb. I would appreciate your using your discretion to not disgorge my salary as I believe it was earned fairly. I reported accurately what happened in the companies and that is how I earned my wages. Wages that were in line with industry standards, in fact likely less than I could have earned elsewhere. And that is all I received, a salary, and a life for the last several years that has been torn apart by this man and HIS scheme, not mine.

Thank you for your time Judge Cote, I appreciate your time and hearing what I have to say.

Very Best,

Trish Malone

Subject: Re: SEC v. Cope, 14 Civ. 7575 (S.D.N.Y.)
From: trish.malone@yahoo.com
To: enrightj@SEC.GOV
Cc: PollockS@SEC.GOV; FischerH@SEC.GOV
Date: Monday, April 9, 2018, 10:59:35 AM PDT

Mr. Enright,

I do object. I have been on the absolute worst roller coaster of my life over this. I know for you this is just another case, but for me this is my life. My life that has been robbed from me first by Zirk Engelbrect/de Maison and now by the SEC. I have been nothing but cooperative with the SEC and still I have been dragged through the mud for years over this process. I cannot sleep, I am in a constant state of stress and anxiety, I am absolutely broken and as I have always said, I still feel I HAVE DONE NOTHING WRONG. The court's decision will decide my family's future and the longer it takes the longer I am in misery.

Sincerely,

Trish Malone

---

**From:** "Enright, John" <enrightj@SEC.GOV>
**To:** Trish Malone <trish.malone@yahoo.com>
**Cc:** "Pollock, Sheldon L." <PollockS@SEC.GOV>; "Fischer, Howard" <FischerH@SEC.GOV>
**Sent:** Friday, April 6, 2018 9:54 AM
**Subject:** RE: SEC v. Cope, 14 Civ. 7575 (S.D.N.Y.)

Ms. Malone:

The SEC's reply brief on this motion is currently due on 4/13. We intend to ask the Court to grant us a two-week extension to 4/27 to file that brief. Please let us know if you have any objection.

Sincerely,

John

John O. Enright
Division of Enforcement
U.S. Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, NY 10281
(212) 336-9138
enrightj@sec.gov

**From:** Enright, John
**Sent:** Monday, February 05, 2018 4:55 PM
**To:** 'Trish Malone'
**Cc:** Pollock, Sheldon L.; Fischer, Howard
**Subject:** SEC v. Cope, 14 Civ. 7575 (S.D.N.Y.)

Case 1:14-cv-07575-DLC-RWL   Document 330   Filed 05/10/18   Page 4 of 4

