UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
SECURITIES AND EXCHANGE COMMISSION,        :
                                           :       14cv7575 (DLC)
                      Plaintiff,           :
                                           :          ORDER
-v-                                        :
                                           :
JASON COPE, IZAK ZIRK DE MAISON (F/K/A):
IZAK ZIRK ENGELBRECHT), GREGORY            :
GOLDSTEIN, STEPHEN WILSHINSKY, TALMAN      :
HARRIS, WILLIAM SCHOLANDER, JACK           :
TAGLIAFERRO, VICTOR ALFAYA, JUSTIN         :
ESPOSITO, KONA JONES BARBERA, LOUIS        :
MASTROMATTEO, ANGELIQUE DE MAISON,         :
TRISH MALONE, KIERNAN T. KUHN, PETER       :
VOUTSAS, RONALD LOSHIN, GEPCO, LTD.,       :
SUNATCO LTD., SUPRAFIN LTD.,               :
WORLDBRIDGE PARTNERS, TRAVERSE             :
INTERNATIONAL, and SMALL CAP RESOURCE      :
CORP.,                                     :
                                           :
                      Defendants,          :
And                                        :
                                           :
ANGELIQUE DE MAISON,                       :
                                           :
                      Relief Defendant.    :
------------------------------------------ X

DENISE COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-11-18

On July 10, counsel for the Securities and Exchange Commission submitted a letter pursuant to Rule 3.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days.  The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:    New York, New York
          July 10, 2018

                                    _____
                                         DENISE COTE
                                    United States District Judge