

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER & DIRECT DIAL

HOWARD A. FISCHER
(212) 336-0589

July 31, 2018

**SUBMITTED VIA ECF**

The Honorable Denise L. Cote
United States District Court, S.D.N.Y.
500 Pearl Street, Room 1610
New York, New York 10007

    Re:    <u>SEC v. Cope et al., 14 CV 7575 (DLC)</u>

Dear Judge Cote:

    We write with respect to the Court's Order that the SEC submit a recalculation of the prejudgment interest ("PJI") owed by defendant Angelique de Maison ("de Maison").

    As set out in the April 27, 2018 Supplemental Declaration of John O. Enright (Docket Entry 327) de Maison solicited $784,000 from investors in Kensington Leasing, Ltd. ("Kensington Leasing"), and, as set out in the January 26, 2018 Declaration of John Enright (Docket Entry 304) $3,456,049.30 from investors in Casablanca Mining ("Casablanca"). As detailed in those submissions, the PJI owed with respect to Casablanca was $772,323.44, and $210,877.69 on Kensington Leasing.

    In its July 30, 2018 Opinion and Order (Docket Entry 335) the Court Ordered that the SEC recalculate interest to exclude the $612,551.64 frozen as of October 22, 2014. (Docket Entry 335 at 20). Consequently, the SEC has re-done the Kensington Leasing run to include interest on the full amount of $784,000 as of May 1, 2010 only through October 22, 2014. That amount, $121,171.34, is set out in Exhibit A hereto. The SEC has then subtracted the $612,551.64 frozen on October 22, 2014, and run the prejudgment interest calculation on the remainder, $171,448.36, through the original timeframe set out in the SEC's motion. The resulting amount, of $20,324.02, is set out in Exhibit B hereto.

The Honorable Denise L. Cote
July 31, 2018
Page 2

      Thus, the total PJI owed with respect to Kensington Leasing is $141,495.36. Added to the amount of PJI owed with respect to Casablanca of $772,323.44 results in a total PJI amount of $913,818.80. The proposed Order that the SEC will submit on August 6, 2018 will reflect this modification.

                                        Respectfully submitted,

                                        s/ Howard A. Fischer
                                        Howard A. Fischer
                                        Senior Trial Counsel

cc:      All defendants (via ECF)