UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2018
```

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

-against-

JASON COPE *et al.*,

          Defendants.

14 Civ. 7575 (DLC)

## [PROPOSED] FINAL JUDGMENT AS TO DEFENDANTS LOUIS MASTROMATTEO AND TRAVERSE INTERNATIONAL

Per the Court's Opinion and Order entered on July 30, 2018 (Docket Entry # 335), and the Judgment as to Defendants Louis Mastromatteo and Traverse International ("Defendants") entered on January 4, 2016 (Docket Entry # 210), which is adopted and incorporated herein but is effective as of the date of its original entry, Final Judgment is hereby entered against Defendants as follows:

### I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants are liable, jointly and severally, for disgorgement of $58,753, representing profits gained as a result of the conduct alleged in the Amended Complaint, together with prejudgment interest thereon in the amount of $9,063.44; and, as to Mastromatteo, a civil penalty in the amount of $58,753. Defendants shall satisfy their disgorgement and prejudgment interest obligation by paying $67,816.44, and Mastromatteo shall satisfy his civil penalty obligation by paying $58,753, to the Securities and Exchange Commission within 14 days after entry of this Final Judgment.

1

Defendants may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendants may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Louis Mastromatteo and Traverse International as defendants in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendants shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Defendants relinquish all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendants. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Defendants shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

**II.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the terms, conditions, relief, and remedies set forth in the Judgment as to Defendants Louis Mastromatteo and Traverse International (Docket Entry # 210) shall remain in full force and effect.

**III.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

**IV.**

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: August 8, 2018

_____
UNITED STATES DISTRICT JUDGE