```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
SECURITIES AND EXCHANGE COMMISSION,       :
                                          :
                        Plaintiff,        :    14 Civ. 7575 (DLC)
                                          :
              -v-                         :         ORDER
                                          :
JASON COPE, IZAK ZIRK DE MAISON (F/K/A    :
IZAK ZIRK ENGELBRECHT) GREGORY            :
GOLDSTEIN, STEPHEN WILSHINSKY, TALMAN     :
HARRIS, WILLIAM SCHOLANDER, JACK          :
TAGLIAFERRO, VICTOR ALFAYA, JUSTIN        :
ESPOSITO, KONA JONES BARBERA, LOUIS       :
MASTROMATTEO, ANGELIQUE DE MAISON,        :
TRISH MALONE, KIERNAN T. KUHN, PETER      :
VOUTSAS, RONALD LOSHIN, GEPCO, LTD.,      :
SUNATCO LTD., SUPRAFIN LTD.,              :
WORLDBRIDGE PARTNERS, TRAVERSE            :
INTERNATIONAL, and SMALL CAP RESOURCE     :
CORP.,                                    :
                                          :
                        Defendants,       :
And                                       :
                                          :
ANGELIQUE DE MAISON,                      :
                                          :
                        Relief            :
                        Defendant.        :
-----------------------------------------X
```

DENISE COTE, District Judge:

On July 30, 2018, this Court issued judgment in the above-captioned case. On August 30, 2019, the United States Court of Appeals for the Second Circuit affirmed the judgment. On July 2, 2020, the Supreme Court of the United States vacated the judgment and remanded the case for further consideration in light of Liu v. Securities and Exchange Commission, 140 S. Ct.

1936 (2020).  On October 8, 2020, the Second Circuit remanded the case for further proceedings consistent with Liu. Accordingly, it is hereby

ORDERED that parties shall submit, by **October 27, 2020,** memoranda addressing the impact of Liu on the judgment entered in this action.

SO ORDERED:

Dated:   New York, New York
         October 14, 2011

```
                    _____
                            DENISE COTE
                    United States District Judge
```

2